UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

**FILED**

AUG 2 6 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| ANTHONY JORDAN, (a/k/a "TT" or "Two Techs") | ) 4:15CR404 HEA/NAB |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

Beginning on a date unknown to the grand jury, but including on or about January 1, 2002, and continuing up to the date of this indictment, within the Eastern District of Missouri,

**ANTHONY JORDAN (a/k/a "TT" or "Two Techs"),**

the defendant herein, did knowingly and intentionally conspire, combine, confederate and agree, with other persons both known and unknown to the federal grand jury, to commit an offense against the United States, to wit: to knowingly and intentionally possess with the intent to distribute cocaine, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT TWO

The Grand Jury charges that:

On or about December 29, 2013, in the City of Saint Louis, within the Eastern District of Missouri,

**ANTHONY JORDAN (a/k/a "TT" or "Two Techs"),**

the Defendant herein, did knowingly possess, brandish and discharge one or more firearms in

furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, to wit: conspiracy to knowingly and intentionally possess with the intent to distribute cocaine, as charged in Count One herein.

In violation of Title 18, United States Code, Sections 2 and 924(c)(l)(A).

And in the course of this violation caused the deaths of Robert "Parker G" Parker and Clara Walker through the use of the firearm, which killing is a murder as defined in Title 18, United States Code, Section 1111, in that the defendant, acting with malice aforethought, unlawfully killed Robert Parker and Clara Walker by shooting each with the firearm, willfully, deliberately, maliciously, and with premeditation, thereby making this offense punishable under Title 18, United States Code, Sections 2 and 924(j)(l).

## COUNT THREE

The Grand Jury further charges that:

On or about January 21, 2014, in the City of Saint Louis, within the Eastern District of Missouri,

**ANTHONY JORDAN (a/k/a "TT" or "Two Techs"),**

the Defendant herein, the defendant herein, did knowingly possess, brandish and discharge one or more firearms in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, to wit: conspiracy to knowingly and intentionally possess with the intent to distribute cocaine, as charged in Count One herein.

In violation of Title 18, United States Code, Sections 2 and 924(c)(l)(A).

And in the course of this violation caused the death of Michail "Yellow Mack" Gridiron through the use of the firearm, which killing is a murder as defined in Title 18, United States Code, Section 1111, in that the defendant, acting with malice aforethought, unlawfully killed Michail

"Yellow Mack" Gridiron by shooting him with the firearm, willfully, deliberately, maliciously, and with premeditation, thereby making this offense punishable under Title 18, United States Code, Sections 2 and 924(j)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS REA, #53245MO
Assistant United States Attorney