UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **9/3/15**   Judge **BAKER**   Case No. **4:15CR00404 HEA NAB**

UNITED STATES OF AMERICA v. **Anthony Jordan**

Court Reporter **FTR Gold**   Deputy Clerk **K. Shirley**

Assistant United States Attorney(s) **Thomas Rea**

Attorney(s) for Defendant(s): **Scott Rosenblum**

Interpreter _____   ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance  ☐ Supervised Release Rev.  ☐ Detention Hearing  ☐ Preliminary Revocation
☐ Arraignment                                      ☐ Bond Review         ☐ Probation
☐ Preliminary Examination                          ☐ Bond Execution/Appearance Bond  ☐ Supervised Release
☐ Motion Hearing                                   ☐ In Court Hrg (**WAIVER OF MOTIONS**)  ☐ Competency
  ☐ Evidentiary Hearing                            ☐ Change of Plea/Sentencing  ☑ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing          ☐ Rule 5(c)(3)Removal (Identity)  ☐ Material Witness

Additional Information: Present for conflict hearing. Defendant will retain new counsel.

☐ Oral Motion for appointment of counsel (GRANTED)  ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond  ☐ Secured by 10%

  ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ before _____

☐ Preliminary examination set for _____ before _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☐ Plea entered **not guilty**   Order on pretrial motions:  ☐ issued  ☐ to issue

  ☐ Oral Motion for Suppression                    ☐ Written Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____                          ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions   ☐ No R&R will be forthcoming

Trial date/time _____ Before _____

☑ Remanded to custody   ☐ Released on bond

Next hearing date/time **9/11/15 @ 10:00AM** Type of hearing **arraignment** Before **NAB**

Proceeding commenced **11:25 AM**   Proceeding concluded **11:28 AM**   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.

☐ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.