IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 15-CR-404-NEA/NAB |
| ) | |
| ANTHONY JORDAN ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

NOW COMES, Defendant, Anthony Jordan, by and through his attorneys, Lucco, Brown, Threlkeld & Dawson, L.L.P., and moves this Court for an order extending time for the filing of Pretrial Motions.

1. This matter is considered a complex case by the Court (Doc #17). It is anticipated the discovery in this matter will be voluminous.

2. To date, Defendant has yet to receive discovery, but has been told to expect discovery by no later than September 25, 2015.

3. Due to the discovery issues and the complexity of the case, the Defendant is not yet in a position to file motions pursuant to FRCP 12.

WHEREFORE, Defendant respectfully requests an extension of time to file his pretrial motions and an extension of the pretrial discovery order to allow such through October 12, 2015.

Date: September 22, 2015

s/ Christopher P. Threlkeld
Christopher P. Threlkeld, #6271483IL
LUCCO, BROWN, THRELKELD & DAWSON L.L.P.
224 St. Louis Street
P. O. Box 539
Edwardsville, IL  62025
Telephone: (618) 656-2321
Facsimile: (618) 656-2363
Cthrelkeld@lbtdlaw.com

## Certificate of Service

      I hereby certify that on September 22, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

      Attorney(s) of Record for the remaining defendants and the Government.

      s/ Christopher P. Threlkeld
      Christopher P. Threlkeld, #6271483IL
      Attorney for Anthony Jordan