

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

*Criminal Division*
*Violent Crime Unit*

| | | |
|---|---|---|
| *Thomas Rea* | *Thomas Eagleton U.S. Courthouse* | OFFICE: 314-539-2200 |
| *Assistant United States Attorney* | *111 S. 10th Street, Rm. 20.333* | FAX: 314-539-3887 |
| | *St. Louis, MO  63102* | EMAIL: t.rea@usdoj.gov |

October 20, 2015

**VIA UNITED STATES MAIL AND**
**ELECTRONIC SERVICE**
William Lucco
Christopher Threlkeld
Lucco, Brown, Threlkeld & Dawson LLP
224 Saint Louis Street
Post Office Box 539
Edwardsville, Illinois 62025

      In re:   United States v. Anthony Jordan
                Cause No. 4:15 CR 404 HEA (NAB)

Messrs. Lucco and Threlkeld:

      Enclosed please find additional discovery materials which are being produced pursuant to the United States of America's continuing duty under Federal Rule of Criminal Procedure 16(c).

      Please do not hesitate to contact me if you have additional questions.

                Very truly yours,

                /s/ Thomas Rea_____
                THOMAS REA
                Assistant United States Attorney

cc:      Clerk, United States District Court (w/o encls.)