

**U.S. Department of Justice**

United States Attorney
Eastern District of Missouri

*Criminal Division*
*Violent Crime Unit*

| | | |
|---|---|---|
| *Thomas Rea* | *Thomas Eagleton U.S. Courthouse* | *OFFICE: 314-539-2200* |
| *Assistant United States Attorney* | *111 S. 10th Street, Rm. 20.333* | *FAX: 314-539-3887* |
| | *St. Louis, MO  63102* | *EMAIL: t.rea@usdoj.gov* |

December 9, 2015

**VIA ELECTRONIC MAIL AND**
**ELECTRONIC SERVICE**
William Lucco
Christopher Threlkeld
Lucco, Brown, Threlkeld & Dawson LLP
224 Saint Louis Street
Post Office Box 539
Edwardsville, Illinois 62025

      In re:   <u>United States v. Anthony Jordan</u>
              Cause No. 4:15 CR 404 HEA (NAB)

Messrs. Lucco and Threlkeld:

      In connection with your request to view the physical evidence in this case and as a courtesy to you and your client, enclosed please find a listing of items and evidence obtained during the course of this criminal investigation:

| EVENT | ITEM(S) |
|---|---|
| **Robert Parker and Clara Walker Murder Scene(s)** | Clara Walker's inked prints (011) |
| | Robert Parker's inked prints (012) |
| | Digital Photographs (002, 010) |
| | Ballistics (001):  (1) .223 caliber, 6/Right Twist, Copper jacket; (18) "LC" stamped, .223 caliber, Cartridge cases |
| | Ballistics (003): (4) Lead core |
| | Ballistics (008): (1) Lead core |

1

|  |  |
|---|---|
|  | Robert Parker's clothing (004, 006) |
|  | Clara Walker's clothing (005, 007) |
|  | Robert Parker's blood stain card (013) |
|  | Suspected drugs (009): One knotted plastic bag containing green vegetation |
|  | (1) DVD media disk containing cell phone examinations (61423-1) |
|  | (1) CD-R containing surveillance footage (61423-2) |
|  | (1) CD-R containing surveillance footage (61423-3) |
|  | (3) property receipts, (1) tow slip, (4) DVDs (61423-19) |
|  |  |
| **Michail Gridiron Murder Scene** | Michael Gridiron's inked prints (007) |
|  | Digital Photographs (001, 009) |
|  | Ballistics (002): (26) "HORNADY" stamped .223 REM caliber cartridge cases; (5) "HORNADY" stamped .223 REM caliber cartridge cases; (25) "S&B" stamped 7.62x39mm caliber cartridge cases; (8) "S&B" stamped 7.62x39mm caliber cartridge cases |
|  | Ballistics (008): (1) .30 caliber, 4 / Right Twist, Steel Jacketed Bullet; (1) Unknown Caliber, Unknown / Twist, Steel Jacket from a Bullet; (1) Unknown Caliber, Unknown / Twist, Steel Jacket from a Bullet; (1) Unknown Caliber, Unknown / Twist, Steel Jacket from a Bullet; (1) Unknown Caliber, Unknown / Twist, Steel Jacket from a Bullet; (1) Unknown Caliber, Unknown / Twist, Steel Jacket from a Bullet; (1) Unknown Caliber, Unknown / Twist, Steel Jacket from a Bullet; (1) Lead Core from a Bullet |
|  | Ballistics (013): (1) Unknown Caliber, Right / Twist Steel Jacket from a Bullet; (1) Steel Fragment from a bullet; (1) Unknown Caliber, Right / Twist Steel Jacket from a Bullet; (1) Lead Fragment; (1) Unknown Caliber, Unknown / Twist Copper Jacket from a Bullet; (1) Lead Core from a Bullet; (1) Copper Fragment from a Bullet; (1) Copper Fragment from a Bullet; (1) Lead Fragment from a Bullet |
|  | Clarence Haines's clothing (006) |
|  | Michail Gridiron's clothing (010) |

|  |  |
|---|---|
|  | Michail Gridiron's fingernail clippings (012) |
|  | Michail Gridiron's blood stain card (011) |
|  | DNA swab of Michail Gridiron's clippings (012) |
|  | Suspected controlled drugs (003): One knotted plastic bag containing ninety-nine capsules containing light tan powder; One knotted plastic bag containing four white, oblong tablets marked "IP204"; One knotted plastic bag containing white broken tablet pieces |
|  | Suspected controlled drugs (004): Four capsules (three containing tan powder, one broken, containing residue) |
|  | Suspected controlled drugs (005): Two knotted plastic bags containing green vegetation |
|  | 1 CD containing results of 2 cell phones examinations (61891-1) |
|  | 7 Officer statements, compact disc, photo line-up, photograph (61891-4) |
|  |  |
| **Search Warrant, 4217 Sacramento Garage** | Photographs |
|  | (1) BMW vehicle |
|  | (1) Ford Mustang vehicle |
|  | (1) 7.62 live ammunition round and (23) .45 caliber live cartridges |
|  | (1) pair of brown gloves |
|  | (1) pair of brown gloves |
|  | (1) pair of brown gloves |
|  | (1) black hooded sweatshirt |
|  | (1) MapQuest directions showing a mapped route in St. Louis area |
|  | (1) red and green 5 gallon gas can |
|  | (1) black .45 caliber ammo magazine |
|  | (1) black rifle case |

3

|  |  |
|---|---|
|  | (1) garage door opener remote |
|  | (1) black Infiniti vehicle manual |
|  | Numerous blue vinyl gloves |
|  | (3) yellow wash cloths |
|  | (1) beer can |
|  | (1) beer bottle |
|  |  |
| **Consent Search, Ford Mustang** | (1) surefire flashlight |
|  | (1) black glove |
|  | (1) black winter glove |
|  | (1) LED red and blue emergency lights |
|  |  |
| **Consent Search, BMW** | (1) Missouri License plate UD9-H7P |
|  | (1) Illinois License plate A693631 |
|  | (1) Black ski mask |
|  | (1) blue rug |
|  | (1) black sweatshirt |
|  | (1) white back brace |
|  | (1) Pair eyeglasses |
|  | (1) Springfield Armory .40 caliber serial# US359953 with (1) magazine |
|  | (1) Bushmaster .223 Model XM15-E2S serial# BFI455226 with (2) magazines and .223 cartridges |
|  | (1) Fabrique National Herstal PS90 caliber 5.7 (defaced) with (4) magazines and 5.7 cartridges |

4

|  |  |
|---|---|
|  | (1) "Starline 45 AUTO +P" head stamped shell casings |
|  | Cigarello remnant with charred material |
|  | Plastic bottle |
|  | Aluminum can |
|  | Bottle cap |
|  |  |
| **Search Warrant, 4223 Sacramento** | (3) pieces of mail |
|  | Weapon handle attachment and laser light |
|  | Box of Walgreens paper face masks |
|  | Black nylon bag |
|  | Human hair braids |
|  | (1) black pistol gun case |
|  | Firearm cases and weapons attachments ((1) S&W gun box (yellow); (1) S&W gun box (blue); (1) F&N gun box; (1) Doska sport box; (1) AK hand guard) |
|  | Electric bug detector |
|  | Firearm boxes ((2) Springfield Arms; (1) HK; (1) Sigarms; (1) Glock) |
|  | (1) Auto burst trigger |
|  | (5) handgun cases |
|  | (1) Holster |
|  | (1) AK-47 magazine |
|  | (1) firearm post for rifle |
|  | (2) soft gun cases |
|  | (1) holster |

|  | |
|---|---|
|  | (4) Soft weapons cases |
|  | Pair of brown gloves |
|  | Package of oil wipes in gray plastic bag |
|  | (1) bullet proof vest |
|  | Numerous house keys |
|  | House keys to 4217 Sacramento |
|  | Numerous photos |
|  | Numerous mail and personal papers |
|  | Pair of handcuffs |
|  | (3) empty ammunition magazines |
|  | Yellow Bosstitch crowbar |
|  | Blue Vaughn crowbar |
|  | Red five gallon gas can |
|  | (2) bullet check indicators |
|  | $4,469 in United States currency |
|  | IPod |
|  | Pepper spray |
|  | Miscellaneous paperwork |
|  | (1) case FNH 5.7x28mm with 16 individual ammo boxes |
|  | (1) box of .380 ammunition |
|  | (1) pistol magazine with 7 rounds of .380 ammo |
|  | (1) box .40 caliber ammo |
|  | (1) Remington 870 12 gauge shotgun serial# RS10854C loaded with 7 rounds |
|  | (1) Seekins Precision .223 serial# SP-C11027 loaded with numerous .223 |

6

| | |
|---|---|
| | rounds |
| | (1) Romarm GP-WASR 7.62x39 serial# HE404777 |
| | (1) Glock .50 caliber serial# CEP989US |
| | (1) Glock 21 45 caliber serial# LGH956 |
| | (1) Glock .50 caliber serial# AHU185US |
| | (1) Glock 20c 10mm serial# LAL922 |
| | (1) FNH 5-7 5.7 caliber serial# 386255928 |
| | (1) S&W 460 magnum serial# DAM4390 |
| | (1) Centarms-Canada MAK-90 7.62x39 serial# 8796 |
| | (1) Glock 20c 10mm serial# LAL906 |
| | (1) Springfield XD-9 9mm serial# MG895824 |
| | (13) mobile phone devices |
| | Asset forfeiture receipt |
| | |
| **Search Warrant, Infiniti** | (1) green rag |
| | (1) Missouri license plate (MK2-S1E) |
| | Ballistics evidence |
| | Plastic bottle |
| | |
| **Consent Search, 2009 Dodge Truck and 4872 Carter** | Digital Photographs |
| | (1) BMW key |
| | (1) Mustang key |
| | (16) keys in brown leather pouch |
| | (1) Dodge truck key |

7

| | |
|---|---|
| | (1) Glock .45 caliber semi-auto serial# ADL748 |
| | (1) Rohm .22 caliber semi-auto serial# 1099861 |
| | Ballistics: (88) .22 caliber, (39) .45 caliber and (1) 9mm cartridges |
| | (1) CD containing results of 1 cell phone examination |
| | (3) Consent to search forms |
| | (1) Saint Louis Metropolitan Police Department property receipt |
| | |
| **Consent Search, Residence at Fairgrove, Missouri** | Photographs |
| | (1) KBI Charles Daly .45 semi-auto Serial# PL10970 |
| | (1) Stag Arms 5.56 caliber .223 rifle serial# 19432 |
| | (1) Norinko SKS Assault rifle serial# 11016123 |
| | (1) CAI Georgia Zastava Serbia 7.62 caliber rifle serial# M92PV032479 |
| | (1) Zastava Kragujevac 7.62 caliber rifle serial# AB2C102947 |
| | (1) Century International Arms 7.62 caliber rifle serial# M70AB15110 |
| | (1) Romania 7.62 caliber rifle serial# F0167175 |
| | (1) Norinko SKS 7.62 caliber rifle serial# 9306308 |
| | (1) Romarm 7.62 caliber rifle serial# 1980KX3262 |
| | (1) Norinco 7.62 caliber rifle serial# 301018 |
| | (1) Consent to Search form |
| | (1) Property Receipt |
| | |
| **Search Warrant, 64 Brighton Park** | Photographs |
| | Sig Sauer P-238, semi-auto Serial# DA011716 and magazine |

8

|   |   |
|---|---|
|   | FNX-.45, semi-auto serial#FX361048698 |
|   | Fabrique Nationale five-seven, semi-auto serial# 386276618 and magazine |
|   | Bryco Arms (Jennings Firearms) .25 auto serial#246110 and magazine |
|   | Springfield Armory XD, semi-auto, serial#US687577 and magazine |
|   | (1) Amazon kindle charging cable |
|   | Letter addressed to Anthony Jordan |
|   | Mailed letter with PO Box number |
|   | White Motorola tablet |
|   | ATT black, broken telephone |
|   | Nokia cellular telephone with broken screen |
|   | Samsung digital camera |
|   | Sony Digital camera |
|   | Various paperwork |
|   | Various credit cards from wallet |
|   | Wallet with identification cards |
|   | PO box key |
|   | Set of keys on key ring |
|   | .45 caliber magazine with bullets |
|   | FN magazine and 5.7mm bullets |
|   | .45 caliber FN magazine |
|   | Photograph |
|   | Sony cellular telephone |
|   | Kyrocera cellular telephone |
|   | Miscellaneous paperwork |

|  | |
|---|---|
|  | (2) holsters |
|  | X5L laser sight |
|  | .25 caliber magazine (empty) |
|  | .380 magazine and bullets |
|  | LG cellular telephone |
|  | GSI recording device/DVR |
|  | Sony computer, serial# 275249363000014 |
|  | LG cellular telephone |
|  | Sony laptop charger |
|  | |
| **Inventory Search, Grand Cherokee** | Photographs |
|  | Black holster |
|  | Ice scraper |
|  | Cell phone chargers |
|  | CR2032 batteries (in packaging) |
|  | Plastic duster/cleaning device with (2) refill dusters |
|  | Shooting target poster entitled "Darkotic" |
|  | Grey, hooded sweatshirt |
|  | Plastic bins |
|  | Black and white bandana |
|  | Pen |
|  | Plastic ring shaped like a dollar sign |
|  | Shooter target with bullet holes in it |
|  | Sony audio recorder in packaging |

10

|  |  |
|--|--|
|  | Brochure entitled System 6 |
|  | Red funnel |
|  | Bottle of power steering fluid |
|  | Condom |
|  | Screwdriver |
|  | Phone adapter |
|  | CD Rom |
|  | Allen wrench |
|  | Black t-shirts |
|  | Packaged string cheese |
|  | Yellow sticky/post-it note with numbers/math written on it |
|  | Rolled up t-shirt |
|  | Vortex brand binoculars |
|  | Phone charger |
|  | Business card from Self Inflicted Studios |
|  | Pair of heart shaped glasses |
|  | CD Roms |
|  | Phone chargers (one within a Belkin brand box) |
|  | NRA hat |
|  | Multiple paperwork items in glovebox |
|  | St. Louis Community College parking pass |
|  | Business cards |
|  | Red shot glass |
|  | Wrench |

|  |  |
|---|---|
|  | Flashlight |
|  | Light bulb |
|  | $11.30 in United States currency |
|  |  |
| **Search Warrant, Pontiac Grand Prix** | T-Mobile white Samsung Galaxy SIII phone, serial# R21D14M786P |
|  | Gray Apple IPod |
|  | (1) black ski mask |
|  | (3) black t-shirts |
|  | Whirl newspaper |
|  | (1) pair black mechanic gloves |
|  | (2) black skull caps |
|  | (1) pair black gloves |
|  | Black bag |
|  | (1) 5.7 mm magazine (20 rounds) |
|  | (1) .45 caliber magazine (15) rounds |
|  | (1) 5.7 mm magazine (19) rounds |
|  | (2) Pro magazines |
|  | (1) speed loader |
|  | (1) bottle of Break Free |
|  | (4) batteries |
|  | (1) Viridian container |
|  | Shooting glasses |
|  | (1) business card "Klauser Construction" |

| | |
|---|---|
| **Search Warrant, Pontiac GTO** | (1) black facial mask |
| | (1) pair black gloves |
| | (1) holster |
| | (2) .50 caliber rounds located in back seat |
| | Vehicle registration |
| | Hertz rental documents for Anthony Jordan circa 2007 |
| | PUR Performance receipt |
| | Cabela's receipt |
| | Autozone receipt |
| | Premier Truck receipt |
| | |
| **Search Warrant, Silverado** | (1) .45 caliber magazine, loaded (13) rounds |
| | (1) black glove |
| | (1) FNH gun case |
| | Sealed box of (5) 5.7mmx28mm ammunition |

  This represents only a summary of items collected.  Information relating to these items is more fully set forth in investigative reports which have been made available.  Obviously, the United States may choose to use some, all, or none of the items listed above at trial.  Likewise, should additional information and/or evidence become available, notice of such information or evidence will be timely provided to you.

*   *   *

Please do not hesitate to contact me if you have additional questions.

Very truly yours,

/s/ Thomas Rea

THOMAS REA
Assistant United States Attorney

cc:     Clerk, United States District Court