UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S5-4:15 CR 404 HEA (NAB) |
| ) | |
| ANTHONY JORDAN, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO CONTINUE
FEBRUARY 14, 2019, STATUS CONFERENCE**

COME NOW the parties and respectfully request that the February 14, 2019, status conference be continued to March 4, 2019, or a time and date convenient for the Court during the week of March 4, 2019. The parties state as follows in support of this joint motion:

1. The parties are in the process of drafting a proposed scheduling order for this Court's consideration. The proposed scheduling order is inclusive, anticipating dates and deadlines up to and including trial of this capital prosecution.

2. The parties would benefit from additional time to create, draft, finalize and file the proposed scheduling order. The parties respectfully suggest that this additional time will benefit both parties and the Court.

WHEREFORE, the parties respectfully requests that this Court grant the present motion and continue the next status conference in this matter to March 4 or the week of March 4, 2019.

1

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/ Thomas Rea
THOMAS REA
ERIN GRANGER
MICHAEL REILLY
Assistant United States Attorneys


COUNSEL FOR DEFENDANT ANTHONY JORDAN

/s/ J. William Lucco
J. WILLIAM LUCCO
MICHAEL J. GORLA
JAMES HENRY MORENO
VICTOR J. ABREU
MARIA A. PEDRAZA


CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 12, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/ Thomas Rea
THOMAS REA