

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

*Criminal Division*
*Violent Crime Unit*

| | | |
|---|---|---|
| *Thomas Rea* | *Thomas Eagleton U.S. Courthouse* | OFFICE: 314-539-2200 |
| *Assistant United States Attorney* | *111 S. 10th Street, Rm. 20.333* | FAX: 314-539-3887 |
| | *St. Louis, MO  63102* | EMAIL: t.rea@usdoj.gov |

June 3, 2019

**VIA ELECTRONIC MAIL**

Attorneys for Anthony Jordan
c/o Michael Gorla, Esq.
555 Washington Avenue, Suite 600
Saint Louis, Missouri 63101
mjgorla@msn.com

      Re:     *United States v. Anthony Jordan, et. al.*
                Case No. S5-4:15 CR 404 HEA (NAB)

Counsel:

      This letter confirms that past discovery productions made by the United States, including the most-recent production made May 22, 2019, represent disclosures by the United States pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and Federal Rule of Criminal Procedure 16(b) as set forth in the March 20, 2019, scheduling order.

      The United States acknowledges its on-going duty in this regard and will promptly make additional production, if necessary.

                                        Very truly yours,

                                        THOMAS REA
                                      Assistant United States Attorney

cc:     Clerk of the Court