**MICHAEL J. GORLA**
ATTORNEY AT LAW
555 WASHINGTON AVENUE
SUITE 600
ST. LOUIS, MISSOURI 63101

OFFICE: (314) 621-1617
FAX: (314) 621-7448
E-MAIL: mjgorla@msn.com

March 29, 2018

Mr. Thomas Rea
Mr. Michael A. Reilly
Assistant United States Attorneys
111 So. 10th Street, 20th Floor
St. Louis, Missouri 63102

Capital Case Section
Capital Review Committee (CRC)
United States Department of Justice
1331 F. Street, Room 611
Washington, D.C. 20530

Re:   United States v. Anthony Jordan, et al.
      Case No. S4-4:15 CR 404 HEA (NAB)

Dear Messrs. Rea, Reilly and the CRC:

   As a follow-up to our in-person meeting with the Committee on January 22, 2018, please be advised that Mr. Jordan underwent an MRI scan at Barnes-Jewish Hospital in St. Louis, Missouri. ███████████████  A CD of the scan has been forwarded to Dr. Erin Bigler, Ph.D. for his analysis and consideration. Dr. Bigler is in the process of preparing a report outlining the significance of the MRI results. We anticipate receiving his report within the next week to ten days.

   In addition to the MRI scan, Mr. Jordan underwent neuropsychological testing administered by Dr. Galit Askenazi, Ph.D. Dr. Askenazi's testing is not complete. ████████████████████████████████████████████████████████  We will share with you Dr. Bigler's findings and conclusions upon our receipt of the same along with additional information in support of our position that Mr. Jordan's case should not be authorized for the death penalty.

   Please contact me if you have any questions or concerns, or wish to discuss this matter further.

Mr. Thomas Rea
Mr. Michael A. Reilly
March 29, 2018
Page Two

Thank you for your courtesy and consideration.

Sincerely yours,

Michael J. Gorla, Esq.
J. William Lucco, Esq.
James Moreno, Esq.
Victor J. Abreu, Esq.

*Attorneys for Anthony Jordan*

MJG/ljp