

FILE COPY

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:      S2-4:15CR00404 HEA (NAB)

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 1 - 03/09/2016

1.     **one (1) DVD-DL (dual layer)** consisting of scanned agency reports, lab reports, court-filed documents ("process"), photos, etc., which are Bates numbered:
        **JAV 0000001** through **JAV 0011020\***; and

2-18.   **seventeen (17) individual CD/DVDs** consisting of cell phone dumps, videos, interviews, 911 calls, and Title III calls/texts/synopses, Bates numbered as follows:

[070 Disc-2-Disc - copy of CD-DVDs]                                                          **BATES #**
A -DVD-DL- cell phone dump-Woodson, 556-7149, 1-18-16 ............................ JAV 0007678
B -DVD- video-remote_keys unlocking BMW_Mustang ................................... JAV 0007679
C -DVD- video-Woodson post-arrest interview, 1-13-16 ................................... JAV 0007677
D -CD- cell phone dumps-Gridiron homicide, 456-3482 and 479-7388 ............. JAV 0007681
E -CD- 911 calls-Earts, 3521 Kossuth ................................................................ JAV 0007680
F -DVD- video-Woodson interview, 12-10-13 ................................................... JAV 0007676
G -DVD- cell phone dump-Clark homicide ......................................................... JAV 0007675
H -CD- 911 calls-Clark, 6-25-13 ....................................................................... JAV 0007674
[ 071 Disc-2-Disc - copy of T3 discs]
 I - T3 disc re TT1 314-249-3122, 061914-070414, Coleman .............................. JAV 0011019
 J - T3 disc re TT2 314-201-4902, 080414-090214, Coleman ............................. JAV 0011015
 K - T3 disc re TT3-init 314-477-8998, 080414-090214, Lemons ....................... JAV 0011016
 L - T3 disc re TT3-1x 314-477-8998, 101714-111514, Lemons ......................... JAV 0011014
 M - T3 disc re TT3-2x 314-477-8998, 112114-122114, Lemons ........................ JAV 0011018
 N - T3 disc re TT5 314-817-4376, 020315-020615, Lemons .............................. JAV 0011020
 O - T3 disc re TT6-init 52-8993146435, 042115-052015, Velazquez ................ JAV 0011013
 P - T3 disc re TT6-1x 52-8993146435, 052015-061915, Velazquez .................. JAV 0011012
 Q - T3 disc re TT6-2x 52-8993146435, 061915-071915, Velazquez .................. JAV 0011017

**ADDITIONALLY**, enclosed is a hard copy of (1) an **INDEX** to the Bates numbered contents of this Batch of discovery which indicates the corresponding folder/file names of the contents; and (2) **CRIMINAL HISTORY** of A. JORDAN.

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____                    3/3/16
Attorney for Defendant A. JORDAN                    Date
WILLIAM LUCCO / CHRISTOPHER THRELKELD -primary



GOVERNMENT
EXHIBIT
1

3

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.

Case No.:    S2-4:15CR00404 HEA (NAB)

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 1 - 03/09/2016

1. **one (1) DVD-DL (dual layer)** consisting of scanned agency reports, lab reports, court-filed documents ("process"), photos, etc., which are Bates numbered:
**JAV 0000001** through **JAV 0011020\***; and

2-18. **seventeen (17) individual CD/DVDs** consisting of cell phone dumps, videos, interviews, 911 calls, and Title III calls/texts/synopses, Bates numbered as follows:

**[070 Disc-2-Disc - copy of CD-DVDs]**                                                      **BATES #**

A -DVD-DL- cell phone dump-Woodson, 556-7149, 1-18-16 ............................ JAV 0007678

B -DVD- video-remote_keys unlocking BMW_Mustang ................................... JAV 0007679

C -DVD- video-Woodson post-arrest interview, 1-13-16 ................................... JAV 0007677

D -CD- cell phone dumps-Gridiron homicide, 456-3482 and 479-7388 ............. JAV 0007681

E -CD- 911 calls-Earts, 3521 Kossuth ........................................................ JAV 0007680

F -DVD- video-Woodson interview, 12-10-13 ................................................ JAV 0007676

G -DVD- cell phone dump-Clark homicide ................................................... JAV 0007675

H -CD- 911 calls-Clark, 6-25-13 .............................................................. JAV 0007674

**[ 071 Disc-2-Disc - copy of T3 discs]**

I - T3 disc re TT1 314-249-3122, 061914-070414, Coleman .............................. JAV 0011019

J - T3 disc re TT2 314-201-4902, 080414-090214, Coleman .............................. JAV 0011015

K - T3 disc re TT3-init 314-477-8998, 080414-090214, Lemons ....................... JAV 0011016

L - T3 disc re TT3-1x 314-477-8998, 101714-111514, Lemons ......................... JAV 0011014

M - T3 disc re TT3-2x 314-477-8998, 112114-122114, Lemons ......................... JAV 0011018

N - T3 disc re TT5 314-817-4376, 020315-020615, Lemons .............................. JAV 0011020

O - T3 disc re TT6-init 52-8993146435, 042115-052015, Velazquez ................ JAV 0011013

P - T3 disc re TT6-1x 52-8993146435, 052015-061915, Velazquez ................. JAV 0011012

Q - T3 disc re TT6-2x 52-8993146435, 061915-071915, Velazquez ................. JAV 0011017

**ADDITIONALLY**, enclosed is a hard copy of (1) an **INDEX** to the Bates numbered contents of this Batch of discovery which indicates the corresponding folder/file names of the contents; and (2) **CRIMINAL HISTORY** of A. JORDAN.

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

Attorney for Defendant A. JORDAN
WILLIAM LUCCO / CHRISTOPHER THRELKELD

Date

5/17/16

**Date**

**Attorney for Defendant A. JORDAN**
**MICHAEL GORLA**   – co-counsel

3

*FILE COPY*

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:    S3-4:15CR00404 HEA (NAB)

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 2 - 05/13/2016

1. **one (1) DVD** consisting of scanned paperwork: agency reports, lab reports, photos, miscellaneous documents, etc., which are Bates numbered:
   **JAV 0011021** through **JAV 0012535\***; and

2-19. **eighteen (18) individual CD/DVD/BRs** consisting of cell phone dumps, videos, etc., which are Bates numbered as follows:

| [000 070 Disc-2-Disc - copy of CD-DVDs] | BATES # |
|---|---|
| 1  CD-photos-vehicle seiz., registrs., 64 Brighton seizs., 8-27-15 | JAV 0011028 |
| 2  DVD-video-car cam footage Jordan arrest, 8-27-15 | JAV 0011036 |
| 3  CD-EDVA wiretap linesheets | JAV 0011026 |
| 4  DVD-phone dumps - Coleman (3) & Rainey (3) | JAV 0011021 |
| 5  CD-phone dumps - Jordan (6) | JAV 0011034 |
| 6  DVD-phone dumps - Jordan (3) | JAV 0011023 |
| 7  CD-phone dump - Jordan (1) | JAV 0011038 |
| 8  BR-phone dump - Jordan (1) | JAV 0011030 |
| 9  DVD-DL-phone dump - Scott (3) | JAV 0011022 |
| 10  DVD-DL-phone dumps - Jordan (14) | JAV 0011035 |
| 11A  BR-phone dump - Jordan-VIDEO | JAV 0011027 |
| 11B  DVD-phone dump - Jordan-ALL but Video | JAV 0011029 |
| 12  DVD-phone dumps - Jordan (2) | JAV 0011031 |
| 13  DVD-phone dumps - Jordan (4) | JAV 0011032 |
| 14  CD-phone dumps - Jordan (5) | JAV 0011033 |
| 15  DVD-phone dump - Woodson (1) | JAV 0011024 |
| 16  DVD-phone dumps - Williams (2) | JAV 0011025 |
| 17  BR-phone dump - Ward (1) | JAV 0011037 |

20. **005 VIDEO-dvd - Dismas House**
    005-DVD- video-DH parking lot_front bldg 6-25-13 ......... JAV 0011302

21. **006 VIDEO-dvd - Dismas House**
    006-DVD- video-DH parking lot 6-25-13 ......... JAV 0011303

**ADDITIONALLY**, enclosed is a hard copy of **INDEX(es)** of (1) the documents on the Disc 1 (MAIN) which indicates the corresponding folder/file names of the Bates-numbered contents; and (2) a further detailed listing of the remaining 20 discs and their contents.

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____          5/17/16
Attorney for Defendant A. JORDAN          Date
WILLIAM LUCCO *(primary)* / CHRISTOPHER THRELKELD

*—2nd set—*
*FILE COPY*

Case Name:    United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:      S3-4:15CR00404 HEA (NAB)

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 2 - 05/13/2016

1. **one (1) DVD** consisting of scanned paperwork: agency reports, lab reports, photos, miscellaneous documents, etc., which are Bates numbered:
   **JAV 0011021** through JAV 0012535*; and

2-19. **eighteen (18) individual CD/DVD/BRs** consisting of cell phone dumps, videos, etc., which are Bates numbered as follows:

**[000 070 Disc-2-Disc - copy of CD-DVDs]**                                                         **BATES #**

| | | |
|---|---|---|
| 1 | CD-photos-vehicle seiz., registrs., 64 Brighton seizs., 8-27-15 | JAV 0011028 |
| 2 | DVD-video-car cam footage Jordan arrest, 8-27-15 | JAV 0011036 |
| 3 | CD-EDVA wiretap linesheets | JAV 0011026 |
| 4 | DVD-phone dumps - Coleman (3) & Rainey (3) | JAV 0011021 |
| 5 | CD-phone dumps - Jordan (6) | JAV 0011034 |
| 6 | DVD-phone dumps - Jordan (3) | JAV 0011023 |
| 7 | CD-phone dump - Jordan (1) | JAV 0011038 |
| 8 | BR-phone dump - Jordan (1) | JAV 0011030 |
| 9 | DVD-DL-phone dump - Scott (3) | JAV 0011022 |
| 10 | DVD-DL-phone dumps - Jordan (14) | JAV 0011035 |
| 11A | BR-phone dump - Jordan-VIDEO | JAV 0011027 |
| 11B | DVD-phone dump - Jordan-ALL but Video | JAV 0011029 |
| 12 | DVD-phone dumps - Jordan (2) | JAV 0011031 |
| 13 | DVD-phone dumps - Jordan (4) | JAV 0011032 |
| 14 | CD-phone dumps - Jordan (5) | JAV 0011033 |
| 15 | DVD-phone dump - Woodson (1) | JAV 0011024 |
| 16 | DVD-phone dumps - Williams (2) | JAV 0011025 |
| 17 | BR-phone dump - Ward (1) | JAV 0011037 |

20. **005 VIDEO-dvd - Dismas House**
    005-DVD- video-DH parking lot_front bldg 6-25-13 .......................................... JAV 0011302

21. **006 VIDEO-dvd - Dismas House**
    006-DVD- video-DH parking lot 6-25-13 .......................................................... JAV 0011303

**ADDITIONALLY,** enclosed is a hard copy of **INDEX(es)** of (1) the documents on the Disc 1 (MAIN) which indicates the corresponding folder/file names of the Bates-numbered contents; and (2) a further detailed listing of the remaining 20 discs and their contents.

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____                    _____
Attorney for Defendant A. JORDAN                   Date
WILLIAM LUCCO *(primary)* / CHRISTOPHER THRELKELD

_____                    5/17/16
**Attorney for Defendant A. JORDAN**                **Date**
**MICHAEL GORLA**

3

Case Name: ___United States v. Jose Alfredo VELAZQUEZ, et al.___

**FILE COPY**

Case No.: ___S4-4:15CR00404 HEA (NAB)___

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 3 - 01/23/2017

### *PROVIDED UNDER PROTECTIVE ORDER*

**BATCH 3 consists of:**

(1)    one Verbatim-brand thumbdrive **[Numbered 041]*** which contains the data from the "electronic dumps" of 61 devices seized from numerous defendants in the aforementioned case;

(a)    a hard copy (enclosed) of Index of 61 devices; and

(2)    one CD which contains the scanned search warrant documents pertaining to the aforementioned 61 devices [**NOTE:   This CD is encrypted. The password is: 1USAOedmo! ].

### ** IMPORTANT **

**Per DOJ policy, the aforementioned thumbdrive is the property of the United States Attorney's Office for the Eastern District of Missouri (USAO-EDMO). Therefore, it is hereby required that the undersigned recipient MUST RETURN said thumbdrive to the USAO-EDMO, via DROP OFF:**

ATTN:      **Nikki Kreke, Legal Assistant**
**U.S. Attorney's Office -- 20th Floor**
*(phone: 314-539-6888).*

**RETURN BY:   two (2) weeks from the date of your PICK-UP -- which should give you adequate time to copy the contents of said thumbdrive to your own device/drive (Note: the CD is yours to keep.)**

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____
Attorney for Defendant A. JORDAN
WILLIAM LUCCO *(primary)* / CHRISTOPHER THRELKELD

_____
Attorney for Defendant A. JORDAN
MICHAEL GORLA *(co-counsel)*

Date
_____

Date
___1/20/17___

3

FILE COPY

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:   S4-4:15CR00404 HEA (NAB)

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 3 - 01/23/2017

### *PROVIDED UNDER PROTECTIVE ORDER*

**BATCH 3 consists of:**

(1)    one Verbatim-brand thumbdrive **[Numbered 042]** which contains the data from the "electronic dumps" of 61 devices seized from numerous defendants in the aforementioned case;

(a)    a hard copy (enclosed) of Index of 61 devices; and

(2)    one CD which contains the scanned search warrant documents pertaining to the aforementioned 61 devices [**NOTE:   **This CD is encrypted. The password is: 1USAOedmo!** ].

### ** IMPORTANT **

**Per DOJ policy, the aforementioned thumbdrive is the property of the United States Attorney's Office for the Eastern District of Missouri (USAO-EDMO). Therefore, it is hereby required that the undersigned recipient MUST RETURN said thumbdrive to the USAO-EDMO, via DROP OFF:**

ATTN:    **Nikki Kreke, Legal Assistant**
**U.S. Attorney's Office -- 20th Floor**
*(phone:  314-539-6888).*

**RETURN BY:   two (2) weeks from the date of your PICK-UP -- which should give you adequate time to copy the contents of said thumbdrive to your own device/drive (Note: the CD is yours to keep.)**

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____          _____
Attorney for Defendant A. JORDAN                  Date
WILLIAM LUCCO *(primary)* / CHRISTOPHER THRELKELD

_____          _____
Attorney for Defendant A. JORDAN                  Date
MICHAEL GORLA *(co-counsel)*

3


FILE COPY
FILE COPY

Case Name:  United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:  S3-4:15CR00404 HEA (NAB)

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 4 - 03/13/2017

1.  **one (1) ("Main") DVD-R** [not encrypted], consisting of scanned agency reports, lab reports, photos, etc., which are Bates numbered:
    **JAV 0012536 through JAV 0013831\*; and**

2-8.  **seven (7) individual CD/DVDs** [non-encrypted] consisting of audio records, videos, phone dumps, etc., which are Bates numbered as follows:

**BATES #**

**[001 General]**

19 **DVD-R** -- Video of Red Roof Inn re UC deal w/ S. Collins ........................... JAV 0013260

20 **DVD-R** -- Phone recordings re UC & those involved in murder-
for-hire plot of D. Furnace ............................................................. JAV 0013261

**[002 DTerry-CDavis]**

02 **CD-R** -- Photos & Videos re search warrant 775 Laredo, 7/27/16 ............... JAV 0013489

12 **DVD+R** -- Phone dump - C. Davis 217-441-3576 ......................................... JAV 0013608

13 **DVD+R** -- Phone dump - D. Terry 504-453-8318 ......................................... JAV 0013609

14 **DVD+R** -- Phone dump - D. Terry 513-421-5188 ......................................... JAV 0013610

15 **DVD+R** -- Phone dumps - 217-441-3576, 313-421-5188, 504-453-8318,
314-304-3078, 618-558-2256 ....................................................... JAV 0013611

**ADDITIONALLY**, enclosed is a hard copy of **\*INDEX** of the documents on the Disc 1 (MAIN) which indicates the corresponding folder/file names of the Bates-numbered contents.

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____          3/__/17_____
Attorney for Defendant A. JORDAN          Date
WILLIAM LUCCO *(primary)* / CHRISTOPHER THRELKELD


_____          _____
Attorney for Defendant A. JORDAN          Date
MICHAEL GORLA

3

Case Name:  United States v. Jose Alfredo VELAZQUEZ, et al.

Case No.:  S3-4:15CR00404 HEA (NAB)

FILE COPY

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 4 - 03/13/2017

1.  **one (1) ("Main") DVD-R** [not encrypted], consisting of scanned agency reports, lab reports, photos, etc., which are Bates numbered:

    **JAV 0012536** through **JAV 0013831\***; and

2-8.  **seven (7) individual CD/DVDs** [non-encrypted] consisting of audio records, videos, phone dumps, etc., which are Bates numbered as follows:

**BATES #**

**|001 General|**

19 **DVD-R** -- Video of Red Roof Inn re UC deal w/ S. Collins ........................... JAV 0013260

20 **DVD-R** -- Phone recordings re UC & those involved in murder-
for-hire plot of D. Furnace ............................................. JAV 0013261

**[002 DTerry-CDavis]**

02 **CD-R** -- Photos & Videos re search warrant 775 Laredo, 7/27/16 ................ JAV 0013489

12 **DVD+R** -- Phone dump - C. Davis 217-441-3576 ......................................... JAV 0013608

13 **DVD+R** -- Phone dump - D. Terry 504-453-8318 ......................................... JAV 0013609

14 **DVD+R** -- Phone dump - D. Terry 513-421-5188 ......................................... JAV 0013610

15 **DVD+R** -- Phone dumps - 217-441-3576, 313-421-5188, 504-453-8318,
314-304-3078, 618-558-2256 ......................................................... JAV 0013611

**ADDITIONALLY**, enclosed is a hard copy of **\*INDEX** of the documents on the Disc 1 (MAIN) which indicates the corresponding folder/file names of the Bates-numbered contents.

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____
Attorney for Defendant A. JORDAN
WILLIAM LUCCO *(primary)* / CHRISTOPHER THRELKELD

_____
Date

_____
Attorney for Defendant A. JORDAN
MICHAEL GORLA

_03/20/2017_
Date

3

(2)

FILE COPY
FILE COPY

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:      S3-4:15CR00404 HEA (NAB)

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 5 - 03/14/2017

1. **one (1) ("Main") DVD-R** [not encrypted], consisting of scanned document "Process" -- i.e., Cell Site Simulators, GPSs, Pen Register/Trap-n-Trace/Cell Site(2703d), PLWs, Search Warrants, and Title III documents, which are Bates numbered:

     **JAV 0013832** through **JAV 0017422\***; and

**ADDITIONALLY,** enclosed is a hard copy of **\*INDEX** of the documents on the Disc 1 (MAIN) which indicates the corresponding folder/file names of the Bates-numbered contents.

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____          3/20/17_____
Attorney for Defendant A. JORDAN          Date
\WILLIAM LUCCO *(primary)* / CHRISTOPHER THRELKELD


_____          _____
Attorney for Defendant A. JORDAN          Date
MICHAEL GORLA

3

FILE COPY

Case Name: ___United States v. Jose Alfredo VELAZQUEZ, et al._____

Case No.: _____S3-4:15CR00404 HEA (NAB)_____

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 5 - 03/14/2017

1.   **one (1) ("Main") DVD-R** [not encrypted], consisting of scanned document "Process" -- i.e., Cell Site Simulators, GPSs, Pen Register/Trap-n-Trace/Cell Site(2703d), PLWs, Search Warrants, and Title III documents, which are Bates numbered:

**JAV 0013832** through **JAV 0017422\***; and

**ADDITIONALLY**, enclosed is a hard copy of **\*INDEX** of the documents on the Disc 1 (MAIN) which indicates the corresponding folder/file names of the Bates-numbered contents.

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____          _____
Attorney for Defendant A. JORDAN          Date
WILLIAM LUCCO *(primary)* / CHRISTOPHER THRELKELD

_____          ___03/20/17_____
Attorney for Defendant A. JORDAN          Date
MICHAEL GORLA

3

FILE COPY

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.    ~~FILE COPY~~
Case No.:    S4-4:15CR00404 HEA (NAB)                                   -MG-

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH #01-AJ-only - 04/20/2017

| ITEM | DESCRIPTION | BATES # |
|---|---|---|
| | *— This batch contains 19 CDs/DVDs of recorded jail calls/visits (and hard copy of reports) re: ANTHONY JORDAN —* <br> *[NOTE: Only Items #1-10, #11 are password-protected: 1USAOedmo! ; Items #10A, #11A, #12A-D and #13A-B are not password-protected.]* | |
| | **ST. CHARLES jail** | |
| 1 | 08/27/2015 -- 09/10/2015 phone | JAV 0017423 |
| 2 | 09/10/2015 -- 10/14/2015 phone | JAV 0017424 |
| 3 | 10/14/2015 -- 11/15/2015 phone | JAV 0017425 |
| 4 | 11/15/2015 -- 12/15/2015 phone | JAV 0017426 |
| 5 | 12/15/2015 -- 01/11/2016 phone | JAV 0017427 |
| 6 | 12/15/2015 -- 01/11/2016 visits | JAV 0017428 |
| | **JENNINGS jail** | |
| 7 | 03/01/2016 -- 03/28/2016 | JAV 0017429 |
| | **ALTON jail** | |
| 8 | 03/30/2016 -- 04/29/2016 | JAV 0017430 |
| 9 | 04/30/2016 -- 05/30/2016 | JAV 0017431 |
| 10 | 05/31/2016 -- 06/30/2016 | JAV 0017432 |
| 10A | *06/12/2016 visit (audio only)* | *JAV 0017449* |
| 11 | 07/01/2016 -- 07/28/2016 | JAV 0017433 |

1

Case Name:  United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:   S4-4:15CR00404 HEA (NAB)

| ITEM | DESCRIPTION |
|------|-------------|
| | *-- This batch contains 19 CDs/DVDs of recorded jail calls/visits (and hard copy of reports) re: ANTHONY JORDAN --*<br><br>*[NOTE: Only Items #1-10, #11 are password-protected: 1USAOedmo! ; Items #10A, #11A, #12A-D and #13A-B are __not__ password-protected.]* |
| 11A | *07/16/2016 visit (audio-video)*                    JAV 0017450 |
| 11B | *Alton PD reports re 7/16/16 visit    [hard copy]*    JAV 0017451 - JAV 0017465 |
| | **ST. CLAIR jail** |
| 12A | 1 of 4:  07/28/2016 -- 03/03/2017 phone             JAV 0017434 |
| 12B | 2 of 4:  07/28/2016 -- 03/03/2017 phone             JAV 0017435 |
| 12C | 3 of 4:  07/28/2016 -- 03/03/2017 phone             JAV 0017436 |
| 12D | 4 of 4:  07/28/2016 -- 03/03/2017 phone             JAV 0017437 |
| 13A | 1 of 2:  07/28/2016 -- 03/03/2017 visits            JAV 0017438 |
| 13B | 2 of 2:  07/28/2016 -- 03/03/2017 visits            JAV 0017439 |
| | *Miscellaneous* |
| 14 | *SLMPD Incident & Lab reports re D. Jones murder, 11/28/14*  **[hard copy]**<br><br>JAV 0017466 - JAV 0017510 |

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____          _____
Attorney for Defendant A. JORDAN          Date
W. LUCCO / C. THRELKELD  -- **primary**

_____          4/26/2017
Attorney for Defendant A. JORDAN          Date
MICHAEL GORLA -- **co-counsel**

2

FILE COPY

Case Name: ___United States v. Jose Alfredo VELAZQUEZ, et al.___
Case No.: ___S4-4:15CR00404 HEA (NAB)___

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH #01-AJ-only (SUPPLEMENT) - 05/04/2017

| ITEM | DESCRIPTION |
|------|-------------|
| | *-- This supplemental batch contains 1 hardcopy of a police report re: ANTHONY JORDAN --* |
| | *Miscellaneous* |
| 15 | *SLMPD Incident reports re triple-homicide, 04/19/08  [hard copy]* <br> *JAV 0017511 - JAV 0017535* |

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____          _____
Attorney for Defendant A. JORDAN          Date  May 5, 2017
W. LUCCO / C. THRELKELD  -- **primary**


_____          _____
Attorney for Defendant A. JORDAN          Date
MICHAEL GORLA  -- **co-counsel**

1

FILE COPY

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:    S4-4:15CR00404 HEA (NAB)

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH #01-AJ-only (SUPPLEMENT) - 05/04/2017

| ITEM | DESCRIPTION |
|------|-------------|
| | *-- This supplemental batch contains 1 hardcopy of a police report re: ANTHONY JORDAN --* |
| | **Miscellaneous** |
| 15 | *SLMPD Incident reports re triple-homicide, 04/19/08*  **[hard copy]** |
| | *JAV 0017511 - JAV 0017535* |

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____
Attorney for Defendant A. JORDAN
W. LUCCO / C. THRELKELD -- **primary**

_____          Date
Attorney for Defendant A. JORDAN
MICHAEL GORLA -- **co-counsel**

Date   5/5/2017

1

Case Name: __United States v. Jose Alfredo VELAZQUEZ, et al.__

Case No.: __S4-4:15CR00404 HEA (NAB)__

*FILE COPY*

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH #O1-2 (AJ-only) - 06/30/2017

*This batch ("Pre-Authorization Discovery") contains*
*1 DVD of reports, photos and 1 DVD re: phone dump*
*re: ANTHONY JORDAN —*
*[NOTE: The main DVD (reports, photos) is password-protected: 1USAOedmo! ;*
*the second DVD (phone dump) is not password-protected.]*

| DESCRIPTION | BATES # | |
|---|---|---|
| **01 Criminal Hxs - indicted murder victims** | JAV 0018210 | JAV 0018212 |
| Burks, Keith -CrHx.pdf | JAV 0018213 | JAV 0018234 |
| Clark, Anthony -CrHx.pdf | JAV 0018235 | |
| Earts, Byron -CrHx.pdf | JAV 0018236 | |
| Gridiron, Michael -CrHx.pdf | JAV 0018237 | JAV 0018243 |
| Jackson, Linnie -CrHx.pdf | JAV 0018244 | |
| Johnson, Keairrah -CrHx.pdf | JAV 0018245 | |
| Jones, Dante -CrHx.pdf | JAV 0018246 | JAV 0018255 |
| Jones, Marquis -CrHx.pdf | JAV 0018256 | |
| Parker, Robert -CrHx.pdf | JAV 0018257 | JAV 0018266 |
| Thomas, William -CrHx.pdf | JAV 0018267 | |
| Walker, Clara -CrHx.pdf | JAV 0018268 | JAV 0018274 |
| Walters, Al -CrHx.pdf | | |
| | | |
| **02 Triple homicide**   [Al Walker-Linnie Jackson-Keith Burks] | JAV 0018275 | JAV 0018322 |
| SLMPD Inv & Lab rpts -trip homic_R.pdf | JAV 0018323 | JAV 0018330 |
| SLMPD Memo -POMoore -trip homic_R.pdf | JAV 0018331 | JAV 0018340 |
| SLMPD Memo -POMartin -trip homic_R.pdf | JAV 0018341 | JAV 0018363 |
| StL ME rpt -Walters, Al.pdf | JAV 0018364 | JAV 0018382 |
| StL ME rpt -Jackson, Linnie.pdf | JAV 0018383 | JAV 0018406 |
| StL ME rpt -Burks, Keith.pdf | JAV 0018407 | JAV 0018435 |
| SLMPD Inv & Lab rpts -GBurrows SW_R.pdf | JAV 0018436 | JAV 0018449 |
| Plea Agrmt -GBurrows, 8-29-08.pdf | | |
| **> Photos -scene** | JAV 0018450 | JAV 0018671 |
| 84L05377-84L05600 (222comb).pdf | JAV 0018672 | JAV 0018801 |
| 84L05602-84L05732 (130comb).pdf | JAV 0018802 | JAV 0018809 |
| 023_001-008 (8comb).pdf | JAV 0018810 | JAV 0018826 |
| 024_001-017 (comb).pdf | JAV 0018827 | JAV 0018856 |
| 025_001-030 (comb).pdf | | |

Case Name:  United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:  S4-4:15CR00404 HEA (NAB)

| DESCRIPTION | BATES # | |
|---|---|---|
| **> Photos -autopsy-LJackson**<br>0864_Autopsy13-Scene12.pdf | JAV 0018857 | JAV 0018881 |
| **> Photos -autopsy-AWalters**<br>0865_Autopsy21-Scene17.pdf | JAV 0018882 | JAV 0018919 |
| **> Photos -autopsy-KBurks**<br>0866_Autopsy33-Scene18.pdf | JAV 0018920 | JAV 0018970 |
| **03 DJones homicide** [Dante Jones]<br>SLMPD Inv & Lab rpts -DJones homic_R.pdf<br>StL ME rpt -Jones, Dante.pdf<br>SLMPD Inv & Lab rpts -NReed homic_R.pdf | JAV 0018971<br>JAV 0019018<br>JAV 0019034 | JAV 0019017<br>JAV 0019033<br>JAV 0019135 |
| **> Photos -homicide-DJones**<br>EC102302-58 (57comb).pdf<br>EC13A7BU-BV (2comb).pdf | JAV 0019136<br>JAV 0019193 | JAV 0019192<br>JAV 0019194 |
| **> Photos -autopsy-DJones**<br>2326-29_Autopsy31-Scene17.pdf | JAV 0019195 | JAV 0019242 |
| **> Phone Dump-DJones-unknph** (see sep. DVD)<br>PLACEHOLDER-phonedump DVD.pdf | JAV 0019243 | |
| **04 Violent Acts**<br>01-1 SLMPD Inv & Lab rpts -MWoods homic_R.pdf<br>01-2 StL ME rpt -Woods, Montez.pdf<br>01-3 Photos-homicide-MWoods (71comb).pdf<br>02-1 ISP Inv & Lab rpts -MBrooks homic_R.pdf<br>02-2 BrooklynPD rpt -MBrooks homic_R.pdf<br>02-3 Photos -homicide-MBrooks (244comb).pdf | JAV 0019244<br>JAV 0019282<br>JAV 0019311<br>JAV 0019382<br>JAV 0019464<br>JAV 0019466 | JAV 0019281<br>JAV 0019310<br>JAV 0019381<br>JAV 0019463<br>JAV 0019465<br>JAV 0019709 |
| 03-1 SLMPD Inv & Lab rpts -TBeasley assault-1st, 07-13_R.pdf | JAV 0019710 | JAV 0019724 |
| 03-2 SLMPD Inv & Lab rpts -TBeasley assault-1st, 08-13_R.pdf | JAV 0019725 | JAV 0019775 |
| 03-3 Photos -assault-TBeasley.pdf | JAV 0019776 | JAV 0019875 |
| 04-1 SLMPD Inv & Lab rpts -DThomas homic_R.pdf | JAV 0019876 | JAV 0019919 |
| 05-1 SLMPD Inv & Lab rpts -AAnderson assault-1st_R.pdf | JAV 0019920 | JAV 0019954 |
| 06-1 SLMPD Inv & Lab rpts -DStovall homic_R.pdf | JAV 0019955 | JAV 0020026 |
| 06-2 Photos -homicide-DStovall -30514 (115comb).pdf | JAV 0020027 | JAV 0020141 |
| 06-2 Photos -homicide-DStovall -30614 (96comb).pdf | JAV 0020142 | JAV 0020237 |
| 07-1 SLMPD Inv & Lab rpts -MHennings & ATownsend homics_R.pdf<br>JAV 0020238 | | JAV 0020287 |

*- continued -*

Case Name: __United States v. Jose Alfredo VELAZQUEZ, et al.__

Case No.: _____S4-4:15CR00404 HEA (NAB)_____

| DESCRIPTION | BATES # | |
|---|---|---|
| 08-1 SLMPD Inv rpts -A Washington arrest-CN34-R.pdf | JAV 0020288 | JAV 0020300 |
| 08-2 SLMPD Inv rpts -A Washington arrest-CN35-R.pdf | JAV 0020301 | JAV 0020353 |
| 09-1 SLMPD Lab rpt -Parker, Walker 12-13.pdf | JAV 0020354 | JAV 0020357 |
| 10-1 SLMPD Lab rpt -A Jordan, ballistic comparison.pdf | JAV 0020358 | JAV 0020363 |

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____     6/30/17
Attorney for Defendant A. JORDAN     Date
W. LUCCO / C. THRELKELD  -- **primary**

_____     6/30/17
Attorney for Defendant A. JORDAN     Date
MICHAEL GORLA  -- **co-counsel**

FILE COPY
FILE COPY

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:    S4-4:15CR00404 HEA (NAB)

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 6 - 11/19/2018

### [NOTE:  The DVD is password-protected: 1USAOedmo!]

| SCANNED DOCS - Description | BATES #S | |
|---|---|---|
| 01 -State PLW app-warr re 925-444-5366.pdf | JAV 0020471 | JAV 0020477 |
| 02 -SLMPD Lab rpt 006-firearms exam-10 guns.pdf | JAV 0020478 | JAV 0020487 |
| 03 -SLMPD Lab rpt 024-ballistics comp-AJordan.pdf | JAV 0020488 | JAV 0020493 |
| 04 -SLMPD Lab rpt 009-ballistics comp-Infiniti-Parker,Walker hom.pdf | JAV 0020494 | JAV 0020497 |
| 05 -DEA6 rpt re SW-6451 Clayton 209-DTerry.pdf | JAV 0020498 | JAV 0020503 |
| 06 -SLMPD rpt -Assault1st-LColeman.pdf | JAV 0020504 | JAV 0020516 |
| 07 -MSHP Lab rpt -ballistics-WThomas hom.pdf | JAV 0020517 | JAV 0020522 |
| 08 -MineralArea Pathology-autopsy rpt-WThomas.pdf | JAV 0020523 | JAV 0020530 |
| 09 -State PLW app-warr re 314-556-7149-Woodson.pdf | JAV 0020531 | JAV 0020537 |
| 10 ODillon - cert conv re Del of CS, 4-10-92.pdf | JAV 0020538 | JAV 0020545 |
| 11 -DEA6 rpt -Arrest Grady, SW 1913B Congress.pdf | JAV 0020546 | JAV 0020551 |
| 12 -SLMPD rpt -Assault1st-1500 Academy.pdf | JAV 0020552 | JAV 0020561 |
| 13 -SLMPD Lab rpt 001 (& NIBIN rpts) -ballistics-1500 Academy, 1-4-16.pdf | JAV 0020562 | 0020567 |
| 14 -sampling of p'work szd frm 4223 Sacramento-Jordan.pdf | JAV 0020568 | JAV 0020591 |
| 15 -sampling of p'work szd frm 4223 Sacramento-Jordan.pdf | JAV 0020592 | JAV 0020623 |
| 16 -ATF Trace rpts -5 incids.pdf | JAV 0020624 | JAV 0020656 |
| 17 CODIS Hit re DNA match-AJordan SWs.pdf | JAV 0020657 | JAV 0020658 |
| 18 SLMPD Lab rpt 008-firearm comparison re DJones hom.pdf | JAV 0020659 | JAV 0020664 |
| 19 NIBIN entry-ballistics-DJones hom.pdf | JAV 0020665 | JAV 0020665 |
| 20A State PLW re 925-444-5366 -DTerry, 1-8-16.pdf | JAV 0020666 | JAV 0020672 |
| 20B State PLW re 314-556-7149 -DTerry, 1-9-16.pdf | JAV 0020673 | JAV 0020679 |
| 21 FBI Elect Comm&Evid Entry rpts re phone & fin'l recs.pdf | JAV 0020680 | JAV 0020874 |
| 22 Dillon's 5phones re 10kg pkg-car search.pdf | JAV 0020875 | JAV 0020877 |
| 23 SLMPD rpt-suppl -AJordan arrest -AClark hom.pdf | JAV 0020878 | JAV 0020881 |
| 24 SLMPD rpt-suppl -AJordan arrest -CWalker &RParker homs.pdf | JAV 0020882 | JAV 0020886 |
| 25 SLMPD rpt-suppl -MWoodson arrest -BEarts hom.pdf | JAV 0020887 | JAV 0020889 |
| 26 SLMPD rpt -BNorman arrest -MGridiron hom.pdf | JAV 0020890 | JAV 0020899 |
| 26A SLMPD Lab rpt 001 -Firearms Exam-BNorman -MGridiron hom.pdf | JAV 0020900 | JAV 0020901 |
| 27 SLMPD rpts -BNorman -MGridiron hom.pdf | JAV 0020902 | JAV 0020981 |
| 27A SLMPD Lab rpts (7) -BNorman -MGridiron hom.pdf | JAV 0020982 | JAV 0021010 |
| 28 SLMPD rpts-suppl -AJordan arrest -MGridiron hom, prop returns.pdf | JAV 0021011 | JAV 0021030 |
| 29 Lab notes-photos 223 match Walker-Parker homs & Infiniti.pdf | JAV 0021031 | JAV 0021073 |
| 30 SLMPD Lab rpts (8) -AJordan-SWs.pdf | JAV 0021074 | JAV 0021106 |
| 31 SLMPD Lab rpt -prints -MWoodson-Yukon-BEarts hom.pdf | JAV 0021107 | JAV 0021109 |
| 32 SLMPD Lab rpt 009 -bullet & cartridge comp -Lexus-Parker hom.pdf | JAV 0021110 | JAV 0021113 |

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:   S4-4:15CR00404 HEA (NAB)

| **SUBFOLDERS - Description** | **BATES #S** |
|---|---|
| >> 33 PHOTOS-Firearms Sect Weapons-AJordan, CN15-03960<br>*contains 36 subfolders: SUB 033-108 -- all .JPGs | NO BATES #s |
| >> 34 JAIL CALLS - GRADY, DILLON - LINCOLN CO. -- all A/V files | NO BATES #S |

\*contains 3 subfolders: >> A Grady-Dillon-Lincoln Co (12-2-16 to 12-15-16)
>> B Dillon - Lincon Co (12-2-16 to 12-15-16)
>> C Grady - Lincon Co (12-2-16 to 12-15-16)


By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).


_____          11/3/18
Attorney for Defendant A. JORDAN            Date
WILLIAM LUCCO *(primary)* / CHRISTOPHER THRELKELD


_____          _____
Attorney for Defendant A. JORDAN            Date
MICHAEL GORLA


_____          _____
Attorney for Defendant A. JORDAN            Date
JAMES HENRY MORENO
/ VICTOR J. ABREU
     Federal Community Defender Office-EDPA
     Capital Habeas Corpus Unit


Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:    S4-4:15CR00404 HEA (NAB)

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 6 - 11/19/2018

**[NOTE:  The DVD is password-protected:  1USAOedmo!]**

| SCANNED DOCS - Description | BATES #S |
|---|---|
| 01 -State PLW app-warr re 925-444-5366.pdf | JAV 0020471 JAV 0020477 |
| 02 -SLMPD Lab rpt 006-firearms exam-10 guns.pdf | JAV 0020478 JAV 0020487 |
| 03 -SLMPD Lab rpt 024-ballistics comp-AJordan.pdf | JAV 0020488 JAV 0020493 |
| 04 -SLMPD Lab rpt 009-ballistics comp-Infiniti-Parker,Walker hom.pdf | JAV 0020494 JAV 0020497 |
| 05 -DEA6 rpt re SW-6451 Clayton 209-DTerry.pdf | JAV 0020498 JAV 0020503 |
| 06 -SLMPD rpt -Assault1st-LColeman.pdf | JAV 0020504 JAV 0020516 |
| 07 -MSHP Lab rpt -ballistics-WThomas hom.pdf | JAV 0020517 JAV 0020522 |
| 08 -MineralArea Pathology-autopsy rpt-WThomas.pdf | JAV 0020523 JAV 0020530 |
| 09 -State PLW app-warr re 314-556-7149-Woodson.pdf | JAV 0020531 JAV 0020537 |
| 10 ODillon - cert conv re Del of CS, 4-10-92.pdf | JAV 0020538 JAV 0020545 |
| 11 -DEA6 rpt -Arrest Grady, SW 1913B Congress.pdf | JAV 0020546 JAV 0020551 |
| 12 -SLMPD rpt -Assault1st-1500 Academy.pdf | JAV 0020552 JAV 0020561 |
| 13 -SLMPD Lab rpt 001 (& NIBIN rpts) -ballistics-1500 Academy, 1-4-16.pdf | JAV 0020562-0020567 |
| 14 -sampling of p'work szd frm 4223 Sacremento-Jordan.pdf | JAV 0020568 JAV 0020591 |
| 15 -sampling of p'work szd frm 4223 Sacremento-Jordan.pdf | JAV 0020592 JAV 0020623 |
| 16 -ATF Trace rpts -5 incids.pdf | JAV 0020624 JAV 0020656 |
| 17 CODIS Hit re DNA match-AJordan SWs.pdf | JAV 0020657 JAV 0020658 |
| 18 SLMPD Lab rpt 008-firearm comparison re DJones hom.pdf | JAV 0020659 JAV 0020664 |
| 19 NIBIN entry-ballistics-DJones hom.pdf | JAV 0020665 JAV 0020665 |
| 20A State PLW re 925-444-5366 -DTerry, 1-8-16.pdf | JAV 0020666 JAV 0020672 |
| 20B State PLW re 314-556-7149 -DTerry, 1-9-16.pdf | JAV 0020673 JAV 0020679 |
| 21 FBI Elect Comm&Evid Entry rpts re phone & fin'l recs.pdf | JAV 0020680 JAV 0020874 |
| 22 Dillon's 5phones re 10kg pkg-car search.pdf | JAV 0020875 JAV 0020877 |
| 23 SLMPD rpt-suppl -AJordan arrest -AClark hom.pdf | JAV 0020878 JAV 0020881 |
| 24 SLMPD rpt-suppl -AJordan arrest -CWalker &RParker homs.pdf | JAV 0020882 JAV 0020886 |
| 25 SLMPD rpt-suppl -MWoodson arrest -BEarts hom.pdf | JAV 0020887 JAV 0020889 |
| 26 SLMPD rpt -BNorman arrest -MGridiron hom.pdf | JAV 0020890 JAV 0020899 |
| 26A SLMPD Lab rpt 001 -Firearms Exam-BNorman -MGridiron hom.pdf | JAV 0020900 JAV 0020901 |
| 27 SLMPD rpts -BNorman -MGridiron hom.pdf | JAV 0020902 JAV 0020981 |
| 27A SLMPD Lab rpts (7) -BNorman -MGridiron hom.pdf | JAV 0020982 JAV 0021010 |
| 28 SLMPD rpts-suppl -AJordan arrest -MGridiron hom, prop returns.pdf | JAV 0021011 JAV 0021030 |
| 29 Lab notes-photos 223 match Walker-Parker homs & Infiniti.pdf | JAV 0021031 JAV 0021073 |
| 30 SLMPD Lab rpts (8) -AJordan-SWs.pdf | JAV 0021074 JAV 0021106 |
| 31 SLMPD Lab rpt -prints -MWoodson-Yukon-BEarts hom.pdf | JAV 0021107 JAV 0021109 |
| 32 SLMPD Lab rpt 009 -bullet & cartridge comp -Lexus-Parker hom.pdf | JAV 0021110 JAV 0021113 |

Case Name: ___United States v. Jose Alfredo VELAZQUEZ, et al.___
Case No.: ___S4-4:15CR00404 HEA (NAB)___

| **SUBFOLDERS - Description** | **BATES #S** |
|---|---|
| >> 33 PHOTOS-Firearms Sect Weapons-AJordan, CN15-03960 *contains 36 subfolders: SUB 033-108 -- all .JPGs | NO BATES #s |
| >> 34 JAIL CALLS - GRADY, DILLON - LINCOLN CO. -- all A/V files *contains 3 subfolders: >> A Grady-Dillon-Lincoln Co (12-2-16 to 12-15-16)<br>>> B Dillon - Lincon Co (12-2-16 to 12-15-16)<br>>> C Grady - Lincon Co (12-2-16 to 12-15-16) | NO BATES #S |

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).


_____                    _____
Attorney for Defendant A. JORDAN                    Date
WILLIAM LUCCO *(primary)* / CHRISTOPHER THRELKELD

_____                    ___11/21/18_____
Attorney for Defendant A. JORDAN                    Date
MICHAEL GORLA


_____                    _____
Attorney for Defendant A. JORDAN                    Date
JAMES HENRY MORENO
/ VICTOR J. ABREU
   Federal Community Defender Office-EDPA
   Capital Habeas Corpus Unit

FILE COPY

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.

Case No.:    S4-4:15CR00404 HEA (NAB)

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 6 - 11/19/2018

**[NOTE:  The DVD is password-protected:  1USAOedmo!]**

| SCANNED DOCS - Description | BATES #S | |
|---|---|---|
| 01 -State PLW app-warr re 925-444-5366.pdf | JAV 0020471 | JAV 0020477 |
| 02 -SLMPD Lab rpt 006-firearms exam-10 guns.pdf | JAV 0020478 | JAV 0020487 |
| 03 -SLMPD Lab rpt 024-ballistics comp-AJordan.pdf | JAV 0020488 | JAV 0020493 |
| 04 -SLMPD Lab rpt 009-ballistics comp-Infiniti-Parker,Walker hom.pdf | JAV 0020494 | JAV 0020497 |
| 05 -DEA6 rpt re SW-6451 Clayton 209-DTerry.pdf | JAV 0020498 | JAV 0020503 |
| 06 -SLMPD rpt -Assault1st-LColeman.pdf | JAV 0020504 | JAV 0020516 |
| 07 -MSHP Lab rpt -ballistics-WThomas hom.pdf | JAV 0020517 | JAV 0020522 |
| 08 -MineralArea Pathology-autopsy rpt-WThomas.pdf | JAV 0020523 | JAV 0020530 |
| 09 -State PLW app-warr re 314-556-7149-Woodson.pdf | JAV 0020531 | JAV 0020537 |
| 10 ODillon - cert conv re Del of CS, 4-10-92.pdf | JAV 0020538 | JAV 0020545 |
| 11 -DEA6 rpt -Arrest Grady, SW 1913B Congress.pdf | JAV 0020546 | JAV 0020551 |
| 12 -SLMPD rpt -Assault1st-1500 Academy.pdf | JAV 0020552 | JAV 0020561 |
| 13 -SLMPD Lab rpt 001 (& NIBIN rpts) -ballistics-1500 Academy, 1-4-16.pdf | JAV 0020562-0020567 | |
| 14 -sampling of p'work szd frm 4223 Sacramento-Jordan.pdf | JAV 0020568 | JAV 0020591 |
| 15 -sampling of p'work szd frm 4223 Sacramento-Jordan.pdf | JAV 0020592 | JAV 0020623 |
| 16 -ATF Trace rpts -5 incids.pdf | JAV 0020624 | JAV 0020656 |
| 17 CODIS Hit re DNA match-AJordan SWs.pdf | JAV 0020657 | JAV 0020658 |
| 18 SLMPD Lab rpt 008-firearm comparison re DJones hom.pdf | JAV 0020659 | JAV 0020664 |
| 19 NIBIN entry-ballistics-DJones hom.pdf | JAV 0020665 | JAV 0020665 |
| 20A State PLW re 925-444-5366 -DTerry, 1-8-16.pdf | JAV 0020666 | JAV 0020672 |
| 20B State PLW re 314-556-7149 -DTerry, 1-9-16.pdf | JAV 0020673 | JAV 0020679 |
| 21 FBI Elect Comm&Evid Entry rpts re phone & fin'l recs.pdf | JAV 0020680 | JAV 0020874 |
| 22 Dillon's 5phones re 10kg pkg-car search.pdf | JAV 0020875 | JAV 0020877 |
| 23 SLMPD rpt-suppl -AJordan arrest -AClark hom.pdf | JAV 0020878 | JAV 0020881 |
| 24 SLMPD rpt-suppl -AJordan arrest -CWalker &RParker homs.pdf | JAV 0020882 | JAV 0020886 |
| 25 SLMPD rpt-suppl -MWoodson arrest -BEarts hom.pdf | JAV 0020887 | JAV 0020889 |
| 26 SLMPD rpt -BNorman arrest -MGridiron hom.pdf | JAV 0020890 | JAV 0020899 |
| 26A SLMPD Lab rpt 001 -Firearms Exam-BNorman -MGridiron.pdf | JAV 0020900 | JAV 0020901 |
| 27 SLMPD rpts -BNorman -MGridiron hom.pdf | JAV 0020902 | JAV 0020981 |
| 27A SLMPD Lab rpts (7) -BNorman -MGridiron hom.pdf | JAV 0020982 | JAV 0021010 |
| 28 SLMPD rpts-suppl -AJordan arrest -MGridiron hom, prop returns.pdf | JAV 0021011 | JAV 0021030 |
| 29 Lab notes-photos 223 match Walker-Parker homs & Infiniti.pdf | JAV 0021031 | JAV 0021073 |
| 30 SLMPD Lab rpts (8) -AJordan-SWs.pdf | JAV 0021074 | JAV 0021106 |
| 31 SLMPD Lab rpt -prints -MWoodson-Yukon-BEarts hom.pdf | JAV 0021107 | JAV 0021109 |
| 32 SLMPD Lab rpt 009 -bullet & cartridge comp -Lexus-Parker hom.pdf | JAV 0021110 | JAV 0021113 |

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:    S4-4:15CR00404 HEA (NAB)

**SUBFOLDERS - Description**                                      **BATES #S**

\>> 33 PHOTOS-Firearms Sect Weapons-AJordan, CN15-03960
\*contains 36 subfolders:  SUB 033-108 -- all .JPGs                  NO BATES #s

\>> 34 JAIL CALLS - GRADY, DILLON - LINCOLN CO.  -- all A/V files      NO BATES #S
\*contains 3 subfolders: >> A Grady-Dillon-Lincoln Co (12-2-16 to 12-15-16)
            >> B Dillon - Lincon Co (12-2-16 to 12-15-16)
            >> C Grady - Lincon Co (12-2-16 to 12-15-16)


By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).


_____        _____
Attorney for Defendant A. JORDAN         Date
WILLIAM LUCCO *(primary)* / CHRISTOPHER THRELKELD


_____        _____
Attorney for Defendant A. JORDAN         Date
MICHAEL GORLA


_____        _____
Attorney for Defendant A. JORDAN         11 | 26 | 18
JAMES HENRY MORENO                       Date
/ VICTOR J. ABREU
    Federal Community Defender Office-EDPA
    Capital Habeas Corpus Unit

Case Name:  United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:  S5-4:15CR00404 HEA (NAB)

*FILE COPY*

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH #O1-2A (AJ & CT-only) - 06/30/2017

*1 CD of reports, photos re: A. Anderson / Spree assault --*
*[NOTE:  The CD is password-protected:  1USAOedmo! .]*

| DESCRIPTION | BATES # | |
|---|---|---|
| 05-1 SLMPD Inv & Lab rpts -AAnderson assault-1st_R.pdf *[NOTE: previously produced: "Batch O1-2-AJ only," 6/30/17]* | JAV 0019920 | JAV 0019954 |
| >**subfolder:**  Assault on Spree 122313-PHOTOS: | | |
| >>Firearms Section photos C13-063392:      (2 photos) | | |
| BNBCJJA96KIQE9CGEYJUUWII.pdf | JAV-0021114 | |
| T8XM1HOQQUYURFZX0DDFIQVV.pdf | JAV-0021115 | |
| >>Firearms section photos C13-063392_FA 010:   (3 photos) | | |
| 3NZEOGETU0KKTCFMWT3K4WSS.pdf | JAV-0021116 | |
| HZKVKIZBXEYNWAWWBBEMAAQQ.pdf | JAV-0021117 | |
| R2WS81PGIEQQW3GBESR3VAGG.pdf | JAV-0021118 | |
| >>Scene photos C13-063392_Sub 009:      (126 photos) | | |
| Set 1 - IMG_3024.pdf **THROUGH** Set 126 - IMG_3149.pdf | JAV-0021119 | JAV-0021244 |

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____
Attorney for Defendant A. JORDAN
W. LUCCO / C. THRELKELD  **-- primary**

1/4/19
Date

_____
Attorney for Defendant A. JORDAN
MICHAEL GORLA  **-- co-counsel**

1/4/19
Date

*FILE COPY*

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:    S5-4:15CR00404 HEA (NAB)

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH #O1-3 (AJ & MW-only) - 01/18/2019
*1 CD of reports re: D. Jones homicide --*
*[NOTE: The CD is password-protected: 1USAOedmo! .]*

| DESCRIPTION | BATES # | |
|---|---|---|
| 01 SLMPD Inv & Lab rpts -NReed homic_R.pdf<br>[NOTE: previously produced: "Batch #O1-2 AJ-only, 6/30/2017"] | *JAV 0019034* | *JAV 0019135* |
| 02 SLMPD Lab rpt & NIBIN rpt -DJones homic.pdf | JAV 0021245 | JAV 0021251 |
| 03 SLMPD Inv & Lab rpts re SWilliams-burglary_R.pdf | JAV 0021252 | JAV 0021258 |
| 04 SLMPD Inv rpts re TBoykins-assault_R.pdf | JAV 0021259 | JAV 0021271 |
| 05 SLMPD Inv rpts re TBoykins-DJones incidents_R.pdf | JAV 0021272 | JAV 0021365 |
| 06 Vinelink rpt re TBoykins.pdf | JAV 0021366 | |
| 07 Casenet rpt re TBoykins.pdf | JAV 0021367 | |
| 08 Trial t-script -DJones (US v TBoykins, 1222CR6520StLCityCirc).pdf | JAV 0021368 | **JAV 0021423** |

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____
Attorney for Defendant A. JORDAN
W. LUCCO / C. THRELKELD -- **primary**

Date _____

_____
Attorney for Defendant A. JORDAN
MICHAEL GORLA -- **co-counsel**

Date 1/23/2019

_____
Attorney for Defendant A. JORDAN
JAMES MORENO / VICTOR ABREU / MARIA PEDRAZA -- **co-counsel**
Asst. Federal Public Defenders, EDPA
*c/o Sara McLachlan, Paralegal*

Date _____

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**NOTE:** Please sign, date and email your acknowledgment receipt to:
**nicole.kreke@usdoj.gov.**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

1 of 1

FILE COPY

Case Name:  United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:   S5-4:15CR00404 HEA (NAB)

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH #O1-4 (AJ-only) - 01/18/2019
*1 CD of reports re: Triple homicides - L. Jackson, K. Burks, A. Walters*
*[NOTE:  The CD is password-protected:  1USAOedmol .]*

| DESCRIPTION | BATES# | |
|---|---|---|
| 01 SLMPD Inv & Lab rpts re 4664 Labadie-drug traff_R.pdf | JAV 0021424 | JAV 0021449 |
| 02 SLMPD Consent to Search form-GBurrows re dispos camera film.pdf | JAV 0021450 | JAV 0021450 |
| 03 Handwritten st'mt by MIrvin, 4-1-08 (re SW08-020241).pdf | JAV 0021451 | JAV 0021451 |
| 04 State SW-4218 W Sacramento, 04-01-08 (re CN08-020241).pdf | JAV 0021452 | JAV 0021456 |
| 05 SLMPD Inv rpts -GBurrows arrest, 08-06-07_R.pdf | JAV 0021457 | JAV 0021465 |
| 06 EDMO docket US v Burrows, 4-08CR261RWS.pdf | JAV 0021466 | JAV 0021472 |
| 07 CI packet_R & note Prod U-S, Subj to PO.pdf | JAV 0021473 | JAV 0021489 |
| | | |
| > 08 PHOTOS_Scene-SW & Camera, 04-01-08 | | |
| >> Subm 007-Scene-SW-4218 W Sacramento | | |
| (16 photos) LAB-08-003913_Sub 007_Img 001 ---> _Img 016.pdfs | JAV 0021490 | JAV 0021505 |
| | | |
| >> Subm 008-Dispos Camera loc'd at scene | | |
| (41 photos) LAB-08-003913_Sub 008_Img 001 ---> _Img 041.pdfs | JAV 0021506 | **JAV 0021546** |

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____          _____
Attorney for Defendant A. JORDAN          Date
W. LUCCO / C. THRELKELD  **-- primary**

_____          _____
Attorney for Defendant A. JORDAN          Date
MICHAEL GORLA  **-- co-counsel**

_____          _____
Attorney for Defendant A. JORDAN          Date
JAMES MORENO / VICTOR ABREU / MARIA PEDRAZA **-- co-counsel**
Asst. Federal Public Defenders, EDPA
*c/o Sara McLachlan, Paralegal*

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**NOTE:** Please sign, date and email your acknowledgment receipt to:
**nicole.kreke@usdoj.gov.**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

1 of 1

Case Name: United States v. Jose Alfredo VELAZQUEZ, et al.

Case No.: S5-4:15CR00404 HEA (NAB)

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH #O1-4 (AJ-only) - 01/18/2019
*1 CD of reports re: Triple homicides - L. Jackson, K. Burks, A. Walters*
*[NOTE: The CD is password-protected: 1USAOedmo! .]*

| DESCRIPTION | BATES # | |
|---|---|---|
| 01 SLMPD Inv & Lab rpts re 4664 Labadie-drug traff_R.pdf | JAV 0021424 | JAV 0021449 |
| 02 SLMPD Consent to Search form-GBurrows re dispos camera film.pdf | JAV 0021450 | JAV 0021450 |
| 03 Handwritten st'mt by MIrvin, 4-1-08 (re SW08-020241).pdf | JAV 0021451 | JAV 0021451 |
| 04 State SW-4218 W Sacramento, 04-01-08 (re CN08-020241).pdf | JAV 0021452 | JAV 0021456 |
| 05 SLMPD Inv rpts -GBurrows arrest, 08-06-07_R.pdf | JAV 0021457 | JAV 0021465 |
| 06 EDMO docket US v Burrows, 4-08CR261RWS.pdf | JAV 0021466 | JAV 0021472 |
| 07 CI packet_R & note Prod U-S, Subj to PO.pdf | JAV 0021473 | JAV 0021489 |
| | | |
| > 08 PHOTOS_Scene-SW & Camera, 04-01-08 | | |
| >> Subm 007-Scene-SW-4218 W Sacramento | | |
| (16 photos) LAB-08-003913_Sub 007_Img 001 ---> _Img 016.pdfs | JAV 0021490 | JAV 0021505 |
| | | |
| >> Subm 008-Dispos Camera loc'd at scene | | |
| (41 photos) LAB-08-003913_Sub 008_Img 001 ---> _Img 041.pdfs | JAV 0021506 | **JAV 0021546** |

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____
Attorney for Defendant A. JORDAN
W. LUCCO / C. THRELKELD — primary

Date _____

_____
Attorney for Defendant A. JORDAN
MICHAEL GORLA — co-counsel

Date  1/23/19

_____
Attorney for Defendant A. JORDAN
JAMES MORENO / VICTOR ABREU / MARIA PEDRAZA -- co-counsel
Asst. Federal Public Defenders, EDPA
*c/o Sara McLachlan, Paralegal*

Date _____

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**NOTE:** Please sign, date and email your acknowledgment receipt to:
**nicole.krcke@usdoj.gov.**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

B.Lucco

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:    S5-4:15CR00404 HEA (NAB)

FILE COPY

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 7 (04/29/2019)
**NOTE 1:** Batch 7 is made up of <u>PART I</u> and <u>PART II</u> which are both contained on the encrypted Thumbdrive Card:  **No. 0001564 / 0001565 / 0001566, respectively,** along with 3 separate DVDs.
[The password for the Thumbdrive Card and two of the encrypted DVDs is: *1USAOedmo!*]

**PART I:** consists of a (re-)production of BATCH #O1-2 (AJ-only) - 06/30/2017
*This batch ("Pre-Authorization Discovery") contains reports, photos (on the thumbdrive card) and phone dump (on 1 separate DVD - which not encrypted).*

| DESCRIPTION | BATES # | |
|---|---|---|
| **01 Criminal Hxs - indicted murder victims** | | |
| Burks, Keith -CrHx.pdf | JAV 0018210 | JAV 0018212 |
| Clark, Anthony -CrHx.pdf | JAV 0018213 | JAV 0018234 |
| Earts, Byron -CrHx.pdf | JAV 0018235 | |
| Gridiron, Michael -CrHx.pdf | JAV 0018236 | |
| Jackson, Linnie -CrHx.pdf | JAV 0018237 | JAV 0018243 |
| Johnson, Keairrah -CrHx.pdf | JAV 0018244 | |
| Jones, Dante -CrHx.pdf | JAV 0018245 | |
| Jones, Marquis -CrHx.pdf | JAV 0018246 | JAV 0018255 |
| Parker, Robert -CrHx.pdf | JAV 0018256 | |
| Thomas, William -CrHx.pdf | JAV 0018257 | JAV 0018266 |
| Walker, Clara -CrHx.pdf | JAV 0018267 | |
| Walters, Al -CrHx.pdf | JAV 0018268 | JAV 0018274 |
| | | |
| **02 Triple homicide**    [Al Walker-Linnie Jackson-Keith Burks] | | |
| SLMPD Inv & Lab rpts -trip homic_R.pdf | JAV 0018275 | JAV 0018322 |
| SLMPD Memo -POMoore -trip homic_R.pdf | JAV 0018323 | JAV 0018330 |
| SLMPD Memo -POMartin -trip homic_R.pdf | JAV 0018331 | JAV 0018340 |
| StL ME rpt -Walters, Al.pdf | JAV 0018341 | JAV 0018363 |
| StL ME rpt -Jackson, Linnie.pdf | JAV 0018364 | JAV 0018382 |
| StL ME rpt -Burks, Keith.pdf | JAV 0018383 | JAV 0018406 |
| SLMPD Inv & Lab rpts -GBurrows SW_R.pdf | JAV 0018407 | JAV 0018435 |
| Plea Agrmt -GBurrows, 8-29-08.pdf | JAV 0018436 | JAV 0018449 |
| > Photos -scene | | |
| 84L05377-84L05600 (222comb).pdf | JAV 0018450 | JAV 0018671 |
| 84L05602-84L05732 (130comb).pdf | JAV 0018672 | JAV 0018801 |
| 023_001-008 (8comb).pdf | JAV 0018802 | JAV 0018809 |
| 024_001-017 (comb).pdf | JAV 0018810 | JAV 0018826 |
| 025_001-030 (comb).pdf | JAV 0018827 | JAV 0018856 |

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:    S5-4: l5CR00404 HEA (NAB)

| PART I: consists of a (re-)production of BATCH #O1-2 (AJ-only) - 06/30/2017 | | |
|---|---|---|
| This batch ("Pre-Authorization Discovery") contains reports, photos (on the thumbdrive card) and phone dump (on 1 separate DVD - which not encrypted). | | |
| **DESCRIPTION** | **BATES #** | |
| > **Photos -autopsy-LJackson** | | |
| 0864_Autopsy13-Scene12.pdf | JAV 0018857 | JAV 0018881 |
| > **Photos -autopsy-AWalters** | | |
| 0865_Autopsy21-Scene17.pdf | JAV 0018882 | JAV 0018919 |
| > **Photos -autopsy-KBurks** | | |
| 0866_Autopsy33-Scene18.pdf | JAV 0018920 | JAV 0018970 |
| | | |
| **03 DJones homicide**    [Dante Jones] | | |
| SLMPD Inv & Lab rpts -DJones homic_R.pdf | JAV 0018971 | JAV 0019017 |
| StL ME rpt -Jones, Dante.pdf | JAV 0019018 | JAV 0019033 |
| SLMPD Inv & Lab rpts -NReed homic_R.pdf | JAV 0019034 | JAV 0019135 |
| > **Photos -homicide-DJones** | | |
| EC102302-58 (57comb).pdf | JAV 0019136 | JAV 0019192 |
| EC13A7BU-BV (2comb).pdf | JAV 0019193 | JAV 0019194 |
| > **Photos -autopsy-DJones** | | |
| 2326-29_Autopsy31-Scene17.pdf | JAV 0019195 | JAV 0019242 |
| > **Phone Dump-DJones-unknph** (see sep. DVD) | | |
| PLACEHOLDER-phonedump DVD.pdf | JAV 0019243 | |
| | | |
| **04 Violent Acts** | | |
| 01-1 SLMPD Inv & Lab rpts -MWoods homic_R.pdf | JAV 0019244 | JAV 0019281 |
| 01-2 StL ME rpt -Woods, Montez.pdf | JAV 0019282 | JAV 0019310 |
| 01-3 Photos-homicide-MWoods (71comb).pdf | JAV 0019311 | JAV 0019381 |
| 02-1 ISP Inv & Lab rpts -MBrooks homic_R.pdf | JAV 0019382 | JAV 0019463 |
| 02-2 BrooklynPD rpt -MBrooks homic_R.pdf | JAV 0019464 | JAV 0019465 |
| 02-3 Photos -homicide-MBrooks (244comb).pdf | JAV 0019466 | JAV 0019709 |
| 03-1 SLMPD Inv & Lab rpts -TBeasley assault-1st, 07-13_R.pdf | JAV 0019710 | JAV 0019724 |
| 03-2 SLMPD Inv & Lab rpts -TBeasley assault-1st, 08-13_R.pdf | JAV 0019725 | JAV 0019775 |
| 03-3 Photos -assault-TBeasley.pdf | JAV 0019776 | JAV 0019875 |
| 04-1 SLMPD Inv & Lab rpts -DThomas homic_R.pdf | JAV 0019876 | JAV 0019919 |
| 05-1 SLMPD Inv & Lab rpts -AAnderson assault-1st_R.pdf | JAV 0019920 | JAV 0019954 |
| 06-1 SLMPD Inv & Lab rpts -DStovall homic_R.pdf | JAV 0019955 | JAV 0020026 |
| 06-2 Photos -homicide-DStovall -30514 (115comb).pdf | JAV 0020027 | JAV 0020141 |
| 06-2 Photos -homicide-DStovall -30614 (96comb).pdf | JAV 0020142 | JAV 0020237 |
| 07-1 SLMPD Inv & Lab rpts -MHennings & ATownsend homics_R.pdf | | |
| | JAV 0020238 | JAV 0020287 |
| 08-1 SLMPD Inv rpts -AWashington arrest-CN34-R.pdf | JAV 0020288 | JAV 0020300 |
| 08-2 SLMPD Inv rpts -AWashington arrest-CN35-R.pdf | JAV 0020301 | JAV 0020353 |
| 09-1 SLMPD Lab rpt -Parker, Walker 12-13.pdf | JAV 0020354 | JAV 0020357 |
| 10-1 SLMPD Lab rpt -AJordan, ballistic comparison.pdf | JAV 0020358 | JAV 0020363 |

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:   S5-4:15CR00404 HEA (NAB)

---

**PART II:** consists of new materials:  *reports, photos, videos (on the thumbdrive card)*
*and videos (on 2 separate DVDs --which are encrypted).*

| DESCRIPTION | BATES # |
|---|---|
| ** SEE ATTACHED 17-page INDEX ** | |

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____   _____5/4/19_____
Attorney for Defendant A. JORDAN              Date
WILLIAM LUCCO / CHRISTOPHER THRELKELD  -- primary
Thumbdrive Card:  No.   0001564

_____   _____5/4/19_____
Attorney for Defendant A. JORDAN              Date
MICHAEL GORLA -- co-counsel
Thumbdrive Card:  No.   0001565

_____   _____
Attorney for Defendant A. JORDAN              Date
JAMES MORENO / VICTOR ABREU / MARIA PEDRAZA -- co-counsel
(c/o - ATTN: Giesla Garcia, paralegal)
Thumbdrive Card:  No.   0001566

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**NOTE 2:**  Please sign, date and email your acknowledgment receipt to:
nicole.kreke@usdoj.gov.
**NOTE 3:**  The Thumbdrive Card is tracked property of the U.S. Attorney's Office; therefore, after you have copied its contents to your own drive, it should be returned to: ATTN:  Nikki Kreke, U.S. Attorney's Office, 111 S. 10th St., 20th Fl., St. Louis, MO 63102.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

M. Garla

Case Name: ___United States v. Jose Alfredo VELAZQUEZ, et al.___

Case No.: ____S5-4:15CR00404 HEA (NAB)____

FILE COPY

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 7 (04/29/2019)

**NOTE 1:** Batch 7 is made up of PART I and PART II which are both contained on the encrypted Thumbdrive Card: **No. 0001564 / 0001565 / 0001566, respectively,** along with 3 separate DVDs.

[The password for the Thumbdrive Card and two of the encrypted DVDs is: *IUSAOedmo!*]

PART I: consists of a (re-)production of BATCH #O1-2 (AJ-only) - 06/30/2017
*This batch ("Pre-Authorization Discovery") contains reports, photos (on the thumbdrive card) and phone dump (on 1 separate DVD - which not encrypted).*

| DESCRIPTION | BATES # | |
|---|---|---|
| **01 Criminal Hxs - indicted murder victims** | | |
| Burks, Keith -CrHx.pdf | JAV 0018210 | JAV 0018212 |
| Clark, Anthony -CrHx.pdf | JAV 0018213 | JAV 0018234 |
| Earts, Byron -CrHx.pdf | JAV 0018235 | |
| Gridiron, Michael -CrHx.pdf | JAV 0018236 | |
| Jackson, Linnie -CrHx.pdf | JAV 0018237 | JAV 0018243 |
| Johnson, Keairrah -CrHx.pdf | JAV 0018244 | |
| Jones, Dante -CrHx.pdf | JAV 0018245 | |
| Jones, Marquis -CrHx.pdf | JAV 0018246 | JAV 0018255 |
| Parker, Robert -CrHx.pdf | JAV 0018256 | |
| Thomas, William -CrHx.pdf | JAV 0018257 | JAV 0018266 |
| Walker, Clara -CrHx.pdf | JAV 0018267 | |
| Walters, Al -CrHx.pdf | JAV 0018268 | JAV 0018274 |
| | | |
| **02 Triple homicide**    [Al Walker-Linnie Jackson-Keith Burks] | | |
| SLMPD Inv & Lab rpts -trip homic_R.pdf | JAV 0018275 | JAV 0018322 |
| SLMPD Memo -POMoore -trip homic_R.pdf | JAV 0018323 | JAV 0018330 |
| SLMPD Memo -POMartin -trip homic_R.pdf | JAV 0018331 | JAV 0018340 |
| StL ME rpt -Walters, Al.pdf | JAV 0018341 | JAV 0018363 |
| StL ME rpt -Jackson, Linnie.pdf | JAV 0018364 | JAV 0018382 |
| StL ME rpt -Burks, Keith.pdf | JAV 0018383 | JAV 0018406 |
| SLMPD Inv & Lab rpts -GBurrows SW_R.pdf | JAV 0018407 | JAV 0018435 |
| Plea Agrmt -GBurrows, 8-29-08.pdf | JAV 0018436 | JAV 0018449 |
| > Photos -scene | | |
| 84L05377-84L05600 (222comb).pdf | JAV 0018450 | JAV 0018671 |
| 84L05602-84L05732 (130comb).pdf | JAV 0018672 | JAV 0018801 |
| 023_001-008 (8comb).pdf | JAV 0018802 | JAV 0018809 |
| 024_001-017 (comb).pdf | JAV 0018810 | JAV 0018826 |
| 025_001-030 (comb).pdf | JAV 0018827 | JAV 0018856 |

Case Name:  United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:  S5-4:15CR00404 HEA (NAB)

**PART I:** consists of a (re-)production of BATCH #O1-2 (AJ-only) - 06/30/2017
*This batch ("Pre-Authorization Discovery") contains reports, photos (on the thumbdrive card)
and phone dump (on 1 separate DVD - which not encrypted).*

| DESCRIPTION | BATES # | |
|---|---|---|
| **> Photos -autopsy-LJackson** | | |
| 0864_Autopsy13-Scene12.pdf | JAV 0018857 | JAV 0018881 |
| **> Photos -autopsy-AWalters** | | |
| 0865_Autopsy21-Scene17.pdf | JAV 0018882 | JAV 0018919 |
| **> Photos -autopsy-KBurks** | | |
| 0866_Autopsy33-Scene18.pdf | JAV 0018920 | JAV 0018970 |
| | | |
| **03 DJones homicide**    [Dante Jones] | | |
| SLMPD Inv & Lab rpts -DJones homic_R.pdf | JAV 0018971 | JAV 0019017 |
| StL ME rpt -Jones, Dante.pdf | JAV 0019018 | JAV 0019033 |
| SLMPD Inv & Lab rpts -NReed homic_R.pdf | JAV 0019034 | JAV 0019135 |
| **> Photos -homicide-DJones** | | |
| EC102302-58 (57comb).pdf | JAV 0019136 | JAV 0019192 |
| EC13A7BU-BV (2comb).pdf | JAV 0019193 | JAV 0019194 |
| **> Photos -autopsy-DJones** | | |
| 2326-29_Autopsy31-Scene17.pdf | JAV 0019195 | JAV 0019242 |
| **> Phone Dump-DJones-unknph**  (see sep. DVD) | | |
| PLACEHOLDER-phonedump DVD.pdf | JAV 0019243 | |
| | | |
| **04 Violent Acts** | | |
| 01-1 SLMPD Inv & Lab rpts -MWoods homic_R.pdf | JAV 0019244 | JAV 0019281 |
| 01-2 StL ME rpt -Woods, Montez.pdf | JAV 0019282 | JAV 0019310 |
| 01-3 Photos-homicide-MWoods (71comb).pdf | JAV 0019311 | JAV 0019381 |
| 02-1 ISP Inv & Lab rpts -MBrooks homic_R.pdf | JAV 0019382 | JAV 0019463 |
| 02-2 BrooklynPD rpt -MBrooks homic_R.pdf | JAV 0019464 | JAV 0019465 |
| 02-3 Photos -homicide-MBrooks (244comb).pdf | JAV 0019466 | JAV 0019709 |
| 03-1 SLMPD Inv & Lab rpts -TBeasley assault-1st, 07-13_R.pdf | JAV 0019710 | JAV 0019724 |
| 03-2 SLMPD Inv & Lab rpts -TBeasley assault-1st, 08-13_R.pdf | JAV 0019725 | JAV 0019775 |
| 03-3 Photos -assault-TBeasley.pdf | JAV 0019776 | JAV 0019875 |
| 04-1 SLMPD Inv & Lab rpts -DThomas homic_R.pdf | JAV 0019876 | JAV 0019919 |
| 05-1 SLMPD Inv & Lab rpts -AAnderson assault-1st_R.pdf | JAV 0019920 | JAV 0019954 |
| 06-1 SLMPD Inv & Lab rpts -DStovall homic_R.pdf | JAV 0019955 | JAV 0020026 |
| 06-2 Photos -homicide-DStovall -30514 (115comb).pdf | JAV 0020027 | JAV 0020141 |
| 06-2 Photos -homicide-DStovall -30614 (96comb).pdf | JAV 0020142 | JAV 0020237 |
| 07-1 SLMPD Inv & Lab rpts -MHennings & ATownsend homics_R.pdf | | |
| | JAV 0020238 | JAV 0020287 |
| 08-1 SLMPD Inv rpts -AWashington arrest-CN34-R.pdf | JAV 0020288 | JAV 0020300 |
| 08-2 SLMPD Inv rpts -AWashington arrest-CN35-R.pdf | JAV 0020301 | JAV 0020353 |
| 09-1 SLMPD Lab rpt -Parker, Walker 12-13.pdf | JAV 0020354 | JAV 0020357 |
| 10-1 SLMPD Lab rpt -AJordan, ballistic comparison.pdf | JAV 0020358 | JAV 0020363 |

Case Name: ___United States v. Jose Alfredo VELAZQUEZ, et al._____

Case No.: ___S5-4:15CR00404 HEA (NAB)_____

| PART II: consists of new materials:  *reports, photos, videos (on the thumbdrive card) and videos (on 2 separate DVDs --which are encrypted).* | |
|---|---|
| **DESCRIPTION** | **BATES #** |
| ** SEE ATTACHED 17-page INDEX ** | |

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____          _____
Attorney for Defendant A. JORDAN          Date
WILLIAM LUCCO / CHRISTOPHER THRELKELD  -- **primary**
Thumbdrive Card: No.   0001564

_____          _____
Attorney for Defendant A. JORDAN          Date
MICHAEL GORLA -- **co-counsel**

5/1/19

Thumbdrive Card: No.   0001565


_____          _____
Attorney for Defendant A. JORDAN          Date
JAMES MORENO / VICTOR ABREU / MARIA PEDRAZA  -- **co-counsel**
(c/o - ATTN: Giesla Garcia, paralegal)
Thumbdrive Card: No.   0001566


~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**NOTE 2:**  Please sign, date and email your acknowledgment receipt to:
**nicole.kreke@usdoj.gov.**
**NOTE 3:**  The Thumbdrive Card is tracked property of the U.S. Attorney's Office;
therefore, after you have copied its contents to your own drive, it should be returned to:
**ATTN: Nikki Kreke, U.S. Attorney's Office, 111 S. 10th St., 20th Fl., St. Louis, MO 63102.**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.

Case No.:   S5-4:15CR00404 HEA (NAB)

**FILE COPY**

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 8 (05/22/2019)

**One Thumbdrive Card:  No. 0001602 / 0001603 / 001604, consisting of the reports, photos, audio/videos, further detailed on attached Index:**

**[NOTE 1: The password for the encrypted Thumbdrive Card is: _IUSAOedmo1_]**

| DESCRIPTION | BATES # |
|---|---|
| ** SEE ATTACHED 12-page INDEX ** | |

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____          5 / 23 / 19
Attorney for Defendant A. JORDAN            Date
**WILLIAM LUCCO / CHRISTOPHER THRELKELD -- primary**
**Thumbdrive Card:  No.     0001602**

_____          _____
Attorney for Defendant A. JORDAN            Date
**MICHAEL GORLA -- co-counsel**
**Thumbdrive Card:  No.     0001603**

_____          _____
Attorney for Defendant A. JORDAN            Date
**JAMES MORENO / VICTOR ABREU / MARIA PEDRAZA -- co-counsel**
**(c/o - ATTN: Gisela Garcia, paralegal)**
**Thumbdrive Card:  No.     0001604**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**NOTE 2:  Please sign, date and email your acknowledgment receipt to:
nicole.kreke@usdoj.gov.**

**NOTE 3:  The Thumbdrive Card is tracked property of the U.S. Attorney's Office;
therefore, after you have copied its contents to your own drive, it should be returned to:
ATTN:  Nikki Kreke, U.S. Attorney's Office, 111 S. 10th St., 20th Fl., St. Louis, MO 63102.**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**FILE COPY**

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:    S5-4:15CR00404 HEA (NAB)

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 8 (05/22/2019)

**One Thumbdrive Card:  No. 0001602 / 0001603 / 001604, consisting of the reports, photos, audio/videos, further detailed on attached Index:**
**[NOTE 1: The password for the encrypted Thumbdrive Card is: _1USAOedmo!_]**

| DESCRIPTION | BATES # |
|---|---|
| ** SEE ATTACHED 12-page INDEX ** | |

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____                     _____
Attorney for Defendant A. JORDAN                     Date
WILLIAM LUCCO / CHRISTOPHER THRELKELD -- primary
Thumbdrive Card:  No.     0001602

_____                     _5/24/19_____
Attorney for Defendant A. JORDAN                     Date
MICHAEL GORLA -- co-counsel
**Thumbdrive Card:  No.     0001603**

_____                     _____
Attorney for Defendant A. JORDAN                     Date
JAMES MORENO / VICTOR ABREU / MARIA PEDRAZA -- co-counsel
(c/o - ATTN: Gisela Garcia, paralegal)
**Thumbdrive Card:  No.     0001604**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**NOTE 2:  Please sign, date and email your acknowledgment receipt to:**
**nicole.kreke@usdoj.gov.**
**NOTE 3:  The Thumbdrive Card is tracked property of the U.S. Attorney's Office; therefore, after you have copied its contents to your own drive, it should be returned to: ATTN:  Nikki Kreke, U.S. Attorney's Office, 111 S. 10th St., 20th Fl., St. Louis, MO 63102.**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**FILE COPY**

Case Name:   United States v. Jose Alfredo VELAZQUEZ, et al.

Case No.:   S5-4:15CR00404 HEA (NAB)

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 9 (08/14/2019)

**One DVD+R consisting of the records, reports, photos, further detailed on attached Index:**

[**NOTE 1**: The password for the encrypted DVD+R is: *1USAOedmo!*]

| DESCRIPTION | BATES # |
|---|---|
| ** SEE ATTACHED 17-page INDEX ** | |

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

Attorney for Defendant A. JORDAN
WILLIAM LUCCO / CHRISTOPHER THRELKELD  -- primary

Date  8/19/19

Attorney for Defendant A. JORDAN
MICHAEL GORLA -- co-counsel

Date

Attorney for Defendant A. JORDAN
JAMES MORENO / VICTOR ABREU / MARIA PEDRAZA -- co-counsel
(c/o - ATTN: Gisela Garcia, paralegal)

Date

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**NOTE 2:**  Please sign, date and email your acknowledgment receipt to:
**nicole.kreke@usdoj.gov.**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~



Case Name:    United States v. Jose Alfredo VELAZQUEZ, et al.
Case No.:    S5-4:15CR00404 HEA (NAB)

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 9 (08/14/2019)

**One DVD+R consisting of the records, reports, photos, further detailed on attached Index:**

**[NOTE 1: The password for the encrypted DVD+R is: _1USAOedmo!_]**

| DESCRIPTION | BATES# |
|---|---|
| ** SEE ATTACHED 17-page INDEX ** | |

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____          _____
Attorney for Defendant A. JORDAN            Date
WILLIAM LUCCO / CHRISTOPHER THRELKELD -- **primary**


_____          _____
Attorney for Defendant A. JORDAN            Date    8/19/2019
MICHAEL GORLA -- **co-counsel**


_____          _____
Attorney for Defendant A. JORDAN            Date
JAMES MORENO / VICTOR ABREU / MARIA PEDRAZA -- co-counsel
(c/o - ATTN: Gisela Garcia, paralegal)


~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**NOTE 2:  Please sign, date and email your acknowledgment receipt to:**
**nicole.kreke@usdoj.gov.**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

FILE COPY

Case Name: __United States v. Jose Alfredo VELAZQUEZ, et al.__
Case No.: __S5-4:15CR00404 HEA (NAB)__

## ACKNOWLEDGMENT OF RECEIPT OF DISCOVERY

I acknowledge receipt of discovery materials from the Government in this case, pursuant to Federal Rules of Criminal Procedure 12(b)(4)(A) and 16(a)(1), consisting of:

### BATCH 9 (08/14/2019)

**One DVD+R consisting of the records, reports, photos, further detailed on attached Index:**

[**NOTE 1**: The password for the encrypted DVD+R is: *1USAOedmo!*]

| DESCRIPTION | BATES # |
|---|---|
| ** SEE ATTACHED 17-page INDEX ** | |

By accepting these materials, I acknowledge that I am requesting disclosure of materials pursuant to Federal Rules of Criminal Procedure 12(b)(4)(B) and 16(a)(1)(E)-(G).

_____          _____
Attorney for Defendant A. JORDAN          Date
WILLIAM LUCCO / CHRISTOPHER THRELKELD  -- **primary**

_____          _____
Attorney for Defendant A. JORDAN          Date
MICHAEL GORLA  -- **co-counsel**

_____          ___8/27/19_____
Attorney for Defendant A. JORDAN          Date
JAMES MORENO / VICTOR ABREU / MARIA PEDRAZA  -- **co-counsel**
(c/o - ATTN: Gisela Garcia, paralegal)

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**NOTE 2:**  Please sign, date and email your acknowledgment receipt to:
**nicole.kreke@usdoj.gov.**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~