THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>             Plaintiff,                             )<br>                                                       )<br>vs.                                                  )<br>                                                       )<br>ANTHONY JORDAN,                       )<br>             Defendant.                        ) | No. 4:15-CR-00404 HEA (NAB) |

**MOTION TO WITHDRAW**

NOW COMES attorney Christopher P. Threlkeld and files his Motion to Withdraw for Defendant Anthony Jordan, and states as follows:

1. Attorney Threlkeld has been appointed to fill a judicial vacancy in Madison County Circuit Court effective February 1, 2020.

2. Due to his appointment, attorney Threlkeld must withdraw his representation for Defendant Jordan.

3. Attorney J. William Lucco will continue as lead attorney representing Defendant Jordan in this matter.

Respectfully submitted

s/ Christopher P. Threlkeld
Christopher P. Threlkeld, #6271483
J. William Lucco, #1701835
LUCCO, BROWN, THRELKELD & DAWSON L.L.P.
224 St. Louis Street
P. O. Box 539
Edwardsville, IL  62025
Telephone: (618) 656-2321
Facsimile: (618) 656-2363
cthrelkeld@lbtdlaw.com
blucco@lbtdlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January 2020, I hereby certify that a copy of the foregoing **Motion to Withdraw** was filed electronically and under seal with a copy sent to the Government.

/s/ Christopher P. Threlkeld