UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>ANTHONY JORDAN,<br>    Defendant. | ) ) ) ) ) ) ) ) ) |

No. S4-15 CR 404 HEA (NAB)

*This is a Capital Case*

## WAIVER OF ACTUAL CONFLICT OF INTEREST

I, Anthony Jordan, hereby swear and affirm as follows:

1. I am the defendant in the above captioned matter.

2. I am currently represented by J. William Lucco, Michael J. Gorla and the Federal Community Defender for the Eastern District of Pennsylvania.

3. I am aware that Messrs. Lucco and Gorla have each filed a motion to withdraw. Although the motions are sealed, I am aware of their contents and the reasons for said withdrawal and have no objection to their motions being granted.

4. In identifying replacement counsel, I am aware that the Federal Public Defender's Office for the Eastern District of Missouri (FPDEDMO) are willing and available to join my defense team.

5. I further understand that the FPDEDMO previously represented a client in a separate and unrelated indictment which gave rise to that client cooperating with the Government and receiving a motion for a Downward Departure pursuant to U.S.S.G. § 5K1.1 which was granted. The nature of the information provided was directly related to my indictment and the allegations against me contained therein.

6. I understand that the Government will not be calling this client as a witness during any proceedings and/or trial related to the indictment pending against me.

7. Given all of this information, I am knowingly and intelligently waiving this actual conflict of interest so that the FPDEDMO may join my defense team.

Witnessed by,

_____
Maria A. Pedraza, Esq.
Assistant Federal Defender

Respectfully submitted,

_____
Anthony Marquis Jordan