**ATTACHMENT 1**

UNITED SATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. S5-4:15 CR 404 HEA (NAB) |
| ) | |
| v. ) | |
| ) | |
| ANTHONY JORDAN (3), ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF UNITED STATES OF AMERICA'S
ELECTRONICALLY SUBMITTED EXHIBITS IN SUPPORT OF
ITS RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**

**Exhibit 1 - 4223 West Sacramento Search Warrant 15MJ201**
    Exhibit 1-A   4223 West Sacramento Search and Seizure Warrant
    Exhibit 1-B   4223 West Sacramento Search Warrant Application and Affidavit
    Exhibit 1-C   4223 West Sacramento Search Warrant Return and Inventory

**Exhibit 2 - 4217 East Sacramento Search Warrant 15MJ202**
    Exhibit 2-A   4217 East Sacramento Search and Seizure Warrant
    Exhibit 2-B   4217 East Sacramento Search Warrant Application and Affidavit
    Exhibit 2-C   4217 East Sacramento Search Warrant Return and Inventory

**Exhibit 3 - 4223 West and East Sacramento Comparison Demonstrative**

**Exhibit 4 - 64 Brighton Park Exterior Front DVR Footage**
    Exhibit 4-A   8.27.2015 - 20150827_094000_0101
    Exhibit 4-B   8.27.2015 - 20150827_095000_0101
    Exhibit 4-C   8.27.2015 - 20150827_102000_0101
    Exhibit 4-D   8.27.2015 - 20150827_103000_0101
    Exhibit 4-E   8.27.2015 - 20150827_111000_0101
    Exhibit 4-F   8.27.2015 - 20150827_112000_0101
    Exhibit 4-G   8.27.2015 - 20150827_150000_0101
    Exhibit 4-H   8.27.2015 - 20150827_151000_0101

**Exhibit 5 - 64 Brighton Park Search Warrant 15MJ3216**
    Exhibit 5-A   64 Brighton Park Search and Seizure Warrant
    Exhibit 5-B   64 Brighton Park Search Warrant Application and Affidavit
    Exhibit 5-C   64 Brighton Park Search Warrant Return and Inventory

**Exhibit 6 - 64 Brighton Park Exterior and Pontiac Grand Prix Photographs**
    Exhibit 6-A   Residence
    Exhibit 6-B   Grand Prix
    Exhibit 6-C   Grand Prix contents (1 of 2)
    Exhibit 6-D   Grand Prix contents (2 of 2)

**Exhibit 7 - Pontiac Grand Prix Search Warrant 15MJ6233**
    Exhibit 7-A   Pontiac Grand Prix Search and Seizure Warrant
    Exhibit 7-B   Pontiac Grand Prix Search Warrant Application and Affidavit
    Exhibit 7-C   Pontiac Grand Prix Search Warrant Return and Inventory

**Exhibit 8 - Pontiac GTO Coupe Search 15MJ6234**
    Exhibit 8-A   Pontiac GTO Coupe Search and Seizure Warrant
    Exhibit 8-B   Pontiac GTO Coupe Search Warrant Application and Affidavit
    Exhibit 8-C   Pontiac GTO Coupe Search Warrant Return and Inventory

**Exhibit 9 - Chevrolet Silverado SS Search Warrant 15MJ6325**
    Exhibit 9-A   Chevrolet Silverado SS Search and Seizure Warrant
    Exhibit 9-B   Chevrolet Silverado SS Search Warrant Application and Affidavit
    Exhibit 9-C   Chevrolet Silverado SS Search Warrant Return and Inventory

**Exhibit 10 - Fifteen (15) Digital Devices Search Warrant 15MJ3238**
    Exhibit 10-A  15 Digital Devices Search and Seizure Warrant
    Exhibit 10-B  15 Digital Devices Search Warrant Application and Affidavit
    Exhibit 10-C  15 Digital Devices Search Warrant Return and Inventory

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ Thomas Rea
THOMAS REA, #53245MO
ERIN GRANGER, #53593MO
Assistant United States Attorneys
111 S. 10th Street, 20th Floor
St. Louis, Missouri  63102
(314) 539-2200

/s/ Sonia V. Jimenez
SONIA V. JIMENEZ, #8818NV
Trial Attorney
United States Department of Justice
Criminal Division, Capital Case Section
1331 F. Street, N.W., 6th Floor
Washington, D.C. 20530
(202) 616-2514
Sonia.Jimenez@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 13, 2021, the foregoing was filed electronically with the Clerk of the Court as an attachment to the United States' response to Defendant's motion to suppress evidence to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/ Thomas Rea
THOMAS REA, #53245MO
Assistant United States Attorney