UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No. S5-4:15 CR 404 HEA (NAB) |
| | ) |
| ANTHONY JORDAN (3), | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S NOTICE OF**
**WITHDRAWAL OF INTENT TO SEEK THE DEATH PENALTY**

COMES NOW the United States of America and respectfully informs this Court that the United States Attorney General has authorized and directed the United States Attorney's Office for the Eastern District of Missouri to withdraw its Notice of Intent to Seek Death Penalty Pursuant to Title 18, United States Code, Section 3593 as to defendant Anthony Jordan (Doc. # 1988).  Accordingly, the United States hereby withdraws its Notice of Intent to Seek Death Penalty (Id.).

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ Thomas Rea
ERIN GRANGER. #53593MO
THOMAS REA, #53245MO
Assistant United States Attorneys
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
(314) 539-2200

CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on November 28, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

           /s/ Thomas Rea
           THOMAS REA