# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 2A-G | | 1 | 2/3/25 | | | Photographs of 4218 W. San Francisco | 2/3/25 |
| 3A-D | | 1 | 2/3/25 | | | Disposable camera photographs | 2/3/25 |
| 1 | | 1 | 2/3/25 | | | Confidential Informant Check List | 2/3/25 |
| 5 | | 1 | 2/3/25 | | | Aerial view map | 2/3/25 |
| 10 | | 2 | 2/3/25 | | | Aerial view map | 2/3/25 |
| 4A-BB | | 2 | 2/3/25 | | | Scene Photographs Re: Al Walters, Linnie Jackson and Keith Burks | 2/3/25 |
| 6 | | 3 | 2/3/25 | | | Ballistics from scene | 2/3/25 |
| 7A-J | | 4 | 2/3/25 | | | Photographs of Mercedes | 2/3/25 |
| 8 | | 4 | 2/3/25 | | | Ballistics from Mercedes | 2/3/25 |
| 15 | | | 2/3/25 | | | Stipulation of Facts Re: Ballistics | 2/3/25 |
| 16-18 | | | 2/3/25 | | | Ballistic evidence Re: Al Walters, Linnie Jackson and Keith Burks | 2/3/25 |
| 9 | | | 2/3/25 | | | Stipulation of Facts Re: Al Walters | 2/3/25 |

EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff    **Δ** = defendant    **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and  date    **Page** 1 of 1

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 11 | | | 2/3/25 | | | Stipulation of Facts Re: Linnie Jackson | 2/3/25 |
| 13 | | | 2/3/25 | | | Stipulation of Facts Re: Keith Burks | 2/3/25 |
| | A | 5 | 2/3/25 | | | Photo from disposable camera | 2/3/25 |
| 26 | | 6 | 2/3/25 | | | Aerial view of MLK Drive | 2/3/25 |
| 24A-JJ | | 6 | 2/3/25 | | | Scene photos Re: Marquis Jones and Keairrah Johnson | 2/3/25 |
| 25 | | 6 | 2/3/25 | | | Ballistics from scene | 2/3/25 |
| 27 | | 6 | 2/3/25 | | | Stipulation of Facts Re: Marquis Jones | 2/3/25 |
| 28 | | 6 | 2/3/25 | | | Ballistics from Marquis Jones | 2/3/25 |
| 30 | | 6 | 2/3/25 | | | Stipulation of Facts Re: Marquis Jones | 2/3/25 |
| 32 | | 6 | 2/3/25 | | | Stipulation of Facts: Keairrah Johnson | 2/3/25 |
| 34A-P | | 7 | 2/3/25 | | | Scene photos – Montez Woods | 2/3/25 |
| 35 | | 8 | 2/4/25 | | | Ballistics evidence | 2/4/25 |
| 38 | | | 2/4/25 | | | Stipulation of Facts Re: Ballistic evidence | 2/4/25 |

EXHIBITS RETURNED TO COUNSEL      ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff      **Δ** = defendant      **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red      **ADMITTED** = use ✔ and  date      **Page 2 of 2**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 12A-W | | 9 | 2/4/25 | | | Scene photos Re: Michael Brooks | 2/4/25 |
| 23 | | 10 | 2/4/25 | | | Dismas House intake sheet | 2/4/25 |
| 45 | | 10 | 2/4/25 | | | Video Surveillance cameras | 2/4/25 |
| 45A | | 10 | 2/4/25 | | | Video Surveillance camera 6 | 2/4/25 |
| 45B | | 10 | 2/4/25 | | | License plate reader camera | 2/4/25 |
| 46I-K | | 10 | 2/4/25 | | | Photographs of Audi | 2/4/25 |
| 42C-J | | 11 | 2/4/25 | | | Scene photos Re: Anthony Clark | 2/4/25 |
| 44 | | 12 | 2/4/25 | | | Aerial map of Cote Brilliant Road | 2/4/25 |
| 42A-YY | | 12 | 2/4/25 | | | Scene photos Re: Anthony Clark | 2/4/25 |
| 50 | | | 2/4/25 | | | Stipulation of Facts Re: Anthony Clark | 2/4/25 |
| 43 | | 12 | 2/4/25 | | | Ballistic evidence Re: Anthony Clark | 2/4/25 |
| 47 | | 12 | 2/4/25 | | | Ballistic evidence Re: Anthony Clark | 2/4/25 |
| 48 | | | 2/4/25 | | | Stipulation of Facts: Anthony Clark | 2/4/25 |

EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and  date     **Page 3** of **3**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 46A-K | | 12 | 2/4/25 | | | Still photos of surveillance footage | 2/4/25 |
| 53A | | 13 | 2/4/25 | | | Photo of rear of vehicle | 2/4/25 |
| 53B | | 13 | 2/4/25 | | | Photo of window damage | 2/4/25 |
| 52A-D | | 14 | 2/4/25 | | | Scene photos Re: Terrell Beasley on I-70 | 2/4/25 |
| 56A-U | | 15 | 2/4/25 | | | Scene photos Re: Terrell Beasley on Evans | 2/4/25 |
| 57 | | 15 | 2/4/25 | | | Ballistic evidence | 2/4/25 |
| 316 | | 16 | 2/4/25 | | | 911 Audio call | 2/4/25 |
| 90 | | 16 | 2/4/25 | | | Aerial view of 23rd Street and Salisbury | 2/4/25 |
| 87A | | 16 | 2/4/25 | | | Scene photo 3620 N. 23rd | 2/4/25 |
| 87A-N | | 17 | 2/4/25 | | | Scene photos Re: Anthony Anderson | 2/4/25 |
| 88 | | 17 | 2/4/25 | | | Ballistic evidence | 2/4/25 |
| 100 | | 18 | 2/5/25 | | | Cooperation Agreement of Derrick Terry | 2/5/25 |
| 101 | | 18 | 2/5/25 | | | Aerial view of Northland | 2/5/25 |

EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff    **Δ** = defendant    **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and date    **Page 4 of 4**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 134F | | 18 | 2/5/25 | | | Photo of PS90 rifle | 2/5/25 |
| 59A | | 19 | 2/5/25 | | | Photo of Yukon | 2/5/25 |
| 60H | | 19 | 2/5/25 | | | Photo showing ballistic damage to nail case | 2/5/25 |
| 62 | | 19 | 2/5/25 | | | Aerial view of 4029 Peck | 2/5/25 |
| 59C | | 20 | 2/6/25 | | | Scene photo of 4029 Peck | 2/6/25 |
| 59F | | 20 | 2/6/25 | | | Scene photo of 4029 Peck | 2/6/25 |
| 59Z | | 20 | 2/6/25 | | | Scene photo of 4029 Peck | 2/6/25 |
| 59JJ | | 20 | 2/6/25 | | | Scene photo of 4029 Peck | 2/6/25 |
| 59AAA | | 20 | 2/6/25 | | | Scene photo of 4029 Peck | 2/6/25 |
| 36 | | 20 | 2/6/25 | | | Scene photo of 4029 Peck | 2/6/25 |
| 59BBB | | 20 | 2/6/25 | | | Scene photo of 4029 Peck | 2/6/25 |
| 59A-TTT | | 21 | 2/6/25 | | | Scene photos of 4029 Peck | 2/6/25 |

EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff    **Δ** = defendant    **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and  date    **Page 5 of 5**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 61A | | 21 | 2/6/25 | | | Ballistic evidence of 4029 Peck | 2/6/25 |
| 60A-60V | | 21 | 2/6/25 | | | Photos of GMC Yukon | 2/6/25 |
| 61B | | 21 | 2/6/25 | | | Ballistic evidence of GMC Yukon | 2/6/25 |
| 62 | | 22 | 2/6/25 | | | Aerial map of 4029 Peck | 2/6/25 |
| 70 | | | 2/6/25 | | | Stipulation of Facts Re: Robert Parker | 2/6/25 |
| 72 | | | 2/6/25 | | | Stipulation of Facts Re: Clara Walker | 2/6/25 |
| 63 | | 22 | 2/6/25 | | | Ballistic evidence Re: Robert Parker | 2/6/25 |
| 64 | | | 2/6/25 | | | Stipulation of Facts Re: Ballistic evidence | 2/6/25 |
| 74A | | 23 | 2/6/25 | | | Scene photo of 3038 Rolla | 2/6/25 |
| 74F | | 23 | 2/6/25 | | | Scene photo of 3038 Rolla | 2/6/25 |
| 74G | | 23 | 2/6/25 | | | Scene photo of 3038 Rolla | 2/6/25 |
| 74T | | 23 | 2/6/25 | | | Scene photo of 3038 Rolla | 2/6/25 |
| 74U | | 23 | 2/6/25 | | | Scene photo of 3038 Rolla | 2/6/25 |

EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and  date     **Page** __6__ of __6__

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|----------|---------|---------|---------|------|------------|-------------|------------|
| 74V |  | 23 | 2/6/25 |  |  | Scene photo of 3038 Rolla | 2/6/25 |
| 74E |  | 23 | 2/6/25 |  |  | Scene photo of 3038 Rolla | 2/6/25 |
| 74B |  | 23 | 2/6/25 |  |  | Photo of 3039 Rolla | 2/6/25 |
| 74H |  | 23 | 2/6/25 |  |  | Photo of 3039 Rolla | 2/6/25 |
| 74I |  | 23 | 2/6/25 |  |  | Photo of front porch of 3039 Rolla | 2/6/25 |
| 317 |  | 23 | 2/6/25 |  |  | 911 Call | 2/6/25 |
|  | DB | 23 | 2/6/25 |  |  | Photo lineup | 2/6/25 |
| 74A-EE |  | 24 | 2/6/25 |  |  | Scene photos of 3038 Rolla | 2/6/25 |
| 76 |  | 24 | 2/6/25 |  |  | Ballistic evidence from 3038 Rolla | 2/6/25 |
| 75A-N |  | 25 | 2/6/25 |  |  | Photos of Ford Escape | 2/6/25 |
| 77 |  | 25 | 2/6/25 |  |  | Ballistic evidence from Ford Escape | 2/6/25 |
| 79 |  |  | 2/6/25 |  |  | Stipulation of Facts: Re: drug seized from Clarence Haines | 2/6/25 |

EXHIBITS RETURNED TO COUNSEL        ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff      **Δ** = defendant      **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1.  **OBJ** = Objection  write " Obj" in red      **ADMITTED** = use ✔ and  date      **Page** 7     of      7

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 80 | | | 2/6/25 | | | Stipulation of Facts Re: drugs seized from Gridiron | 2/6/25 |
| 81 | | | 2/6/25 | | | Stipulation of Facts: lab results of drugs | 2/6/25 |
| 81A | | | 2/6/25 | | | Stipulation of Facts Re: lab results | 2/6/25 |
| 82 | | | 2/6/25 | | | Stipulation of Facts ballistic evidence | 2/6/25 |
| 83 | | | 2/6/25 | | | Ballistic evidence | 2/6/25 |
| 85 | | | 2/6/25 | | | Stipulation of Facts: Michail Gridiron | 2/6/25 |
| 95B | | 26 | 2/6/25 | | | CellBrite Report of Donte Jacobs phone | 2/6/25 |
| 96 | | 26 | 2/6/25 | | | Text messages from Donte Jacobs' phone | 2/6/25 |
| 96A-N | | 26 | 2/6/25 | | | Text messages between Jacobs and Ward | 2/6/25 |
| 298A | | 26 | 2/6/25 | | | Extraction report of cell phones | 2/6/25 |
| 299 | | 26 | 2/6/25 | | | Photo from phone of license plate | 2/6/25 |
| 217 | | 27 | 2/6/25 | | | Search warrant for 4217 E. Sacramento | 2/6/25 |

EXHIBITS RETURNED TO COUNSEL      ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff      **Δ** = defendant      **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red      **ADMITTED** = use ✔ and  date      **Page  8   of   8**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 218A-HH | | 27 | 2/6/25 | | | Photos of 4217 E. Sacramento | 2/6/25 |
| 235 | | 27 | 2/6/25 | | | Rifle bag | 2/6/25 |
| 236 | | 27 | 2/6/25 | | | Broken ammo magazine | 2/6/25 |
| 237 | | 27 | 2/6/25 | | | Blue vinyl gloves | 2/6/25 |
| 238 | | 27 | 2/6/25 | | | Blue vinyl gloves | 2/6/25 |
| 239 | | 27 | 2/6/25 | | | Black Infiniti manual | 2/6/25 |
| 234 | | 27 | 2/6/25 | | | 7.62 live cartridge and 23 .45 caliber live cartridges | 2/6/25 |
| 234A | | 27 | 2/6/25 | | | One of the .45 caliber cartridge | 2/6/25 |
| 234B | | 27 | 2/6/25 | | | 7.62 live cartridge | 2/6/25 |
| 231 | | 27 | 2/6/25 | | | Black hooded sweatshirt from mustang | 2/6/25 |
| 232 | | 27 | 2/6/25 | | | Brown gloves from mustang | 2/6/25 |
| 233A-B | | 27 | 2/6/25 | | | 2 pair of brown gloves | 2/6/25 |

EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and  date     **Page 9 of 9**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 133 | | 28 | 2/6/25 | | | Search warrant of 4277 E. Margaretta | 2/6/25 |
| 31B-G | | 28 | 2/6/25 | | | Photos of 4277 E. Margaretta | 2/6/25 |
| 136 | | 28 | 2/6/25 | | | MO license plate MK2-S1E from Infiniti | 2/6/25 |
| 137 | | 28 | 2/6/25 | | | Green rag seized from Infiniti | 2/6/25 |
| 134A-B | | 28 | 2/6/25 | | | Photo of BMW and license plate | 2/6/25 |
| 134C-E | | 28 | 2/6/25 | | | Photos of BMX trunk | 2/6/25 |
| 219A | | 28 | 2/6/25 | | | Springfield Armor .40 Caliber pistol | 2/6/25 |
| 219B | | 28 | 2/6/25 | | | 13 cartridges inside 219A | 2/6/25 |
| 219C | | 28 | 2/6/25 | | | Magazine inside 219A | 2/6/25 |
| 220A | | 28 | 2/6/25 | | | Bushmaster .223 rifle | 2/6/25 |
| 220B | | 28 | 2/6/25 | | | 119 cartridge casings | 2/6/25 |
| 220C | | 28 | 2/6/25 | | | Rifle magazine | 2/6/25 |

EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1.  **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and  date     **Page 10 of 10**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|----------|---------|---------|---------|------|-----------|-------------|------------|
| 221A | | 28 | 2/6/25 | | | PS90 rifle | 2/6/25 |
| 221B | | 28 | 2/6/25 | | | 4 magazines for PS90 rifle | 2/6/25 |
| 221C | | 28 | 2/6/25 | | | 196 cartridges for PS90 rifle | 2/6/25 |
| 221D | | 28 | 2/6/25 | | | 3 shell casings | 2/6/25 |
| 221E | | 28 | 2/6/25 | | | Test shot | 2/6/25 |
| 132A-C | | 28 | 2/6/25 | | | Photos of firearms | 2/6/25 |
| 134Q | | 28 | 2/6/25 | | | Photo of black ski mask | 2/6/25 |
| 134R | | 28 | 2/6/25 | | | Photo of hoodie | 2/6/25 |
| 223 | | 28 | 2/6/25 | | | Black ski mask | 2/6/25 |
| 224 | | 28 | 2/6/25 | | | Blue rag | 2/6/25 |
| 225 | | 28 | 2/6/25 | | | Black hoodie | 2/6/25 |
| 226A | | 28 | 2/6/25 | | | License plate from BMW | 2/6/25 |
| 226B | | 28 | 2/6/25 | | | License plate in trunk | 2/6/25 |

EXHIBITS RETURNED TO COUNSEL      ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1.  **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and  date     **Page 11** of _____ **11**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 134MM | | 28 | 2/6/25 | | | Photo of Mustang - front | 2/6/25 |
| 134NN | | 28 | 2/6/25 | | | Photo of Mustang - rear | 2/6/25 |
| 227 | | 28 | 2/6/25 | | | Red and blue emergency lights | 2/6/25 |
| 228 | | 28 | 2/6/25 | | | flashlight | 2/6/25 |
| 229 | | 28 | 2/6/25 | | | Black glove | 2/6/25 |
| 230 | | 28 | 2/6/25 | | | 2 black gloves | 2/6/25 |
| 134A-UU | | 29 | 2/7/25 | | | Photographs of BMW, Infiniti and Mustang | 2/7/25 |
| 222 | | 29 | 2/7/25 | | | Cartridge found in BMW | 2/7/25 |
| | C | 29 | 2/7/25 | Obj | | Report by Katherine Paulter | W/D |
| 98A-O | | 30 | 2/7/25 | | | Recorded calls | 2/7/25 |
| | C | 30 | 2/7/25 | | | Video at shooting range | 2/7/25 |
| 310 | | 31 | 2/10/25 | | | Donte Jacobs Cooperation Agreement | 2/10/25 |

EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff    **Δ** = defendant    **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and date    **Page 12** of ____12____

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 102 | | 33 | 2/10/25 | | | Photos of Dwayne Rainey's vehicle | 2/10/25 |
| 103 | | 33 | 2/10/25 | | | Ledgers seized from Rainey's vehicle | 2/10/25 |
| 110 | | 33 | 2/10/25 | | | Stipulation of Facts Re: Seizure in Texas | 2/10/25 |
| 111A-F | | 33 | 2/10/25 | | | Photos of cocaine seized in Texas | 2/10/25 |
| 115 | | 33 | 2/10/25 | | | Stipulation of Facts Re: chemical analysis of cocaine | 2/10/25 |
| 113 | | 33 | 2/10/25 | | | Chemical analysis report | 2/10/25 |
| 121 | | 33 | 2/10/25 | | | Consent to search 7118 Idelwild signed by Juan Garza | 2/10/25 |
| 122A-C | | 33 | 2/10/25 | | | Photos of 7118 Idelwild | 2/10/25 |
| 124 | | 33 | 2/10/25 | | | Photo of envelope | 2/10/25 |
| 128A-I | | 33 | 2/10/25 | | | Photos of 11553 Poeggemoeller | 2/10/25 |
| 130 | | 33 | 2/10/25 | | | Paper with "225 D Boy" written | 2/10/25 |
| 131 | | 33 | 2/10/25 | | | Paper with "108 TT" written | 2/10/25 |

EXHIBITS RETURNED TO COUNSEL      ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff      **Δ** = defendant      **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red      **ADMITTED** = use ✔ and  date      **Page 13    of      13**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|----------|---------|---------|---------|------|------------|-------------|------------|
| 262A-H | | 33 | 2/10/25 | | | Photos of red Pontiac GTO | 2/10/25 |
| 263 | | 33 | 2/10/25 | | | Black face mask | 2/10/25 |
| 264 | | 33 | 2/10/25 | | | Black gloves | 2/10/25 |
| 265 | | 33 | 2/10/25 | | | Black gun holster | 2/10/25 |
| 266 | | 33 | 2/10/25 | | | 2 .50 caliber rounds | 2/10/25 |
| 267 | | 33 | 2/10/25 | | | paperwork | 2/10/25 |
| 269A-F | | 33 | 2/10/25 | | | Photos of black Silverado | 2/10/25 |
| 270 | | 33 | 2/10/25 | | | .45 caliber magazines | 2/10/25 |
| 271 | | 33 | 2/10/25 | | | Gun case | 2/10/25 |
| 272 | | 33 | 2/10/25 | | | Brown glove inside gun case | 2/10/25 |
| 273 | | 33 | 2/10/25 | | | Box of 50 rounds of ammunition | 2/10/25 |
| 275A-E | | 33 | 2/10/25 | | | Photos of Jeep | 2/10/25 |

EXHIBITS RETURNED TO COUNSEL        ☐ EXHIBITS RETAINED BY COURT

π = plaintiff      Δ = defendant        ID = first date exhibit is used   W# = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red      **ADMITTED** = use ✔ and  date      **Page 14    of    14**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 276 | | 33 | 2/10/25 | | | Black gun holster | 2/10/25 |
| 278 | | 33 | 2/10/25 | | | 2 target posters | 2/10/25 |
| 279 | | 33 | 2/10/25 | | | Grey hooded sweatshirt | 2/10/25 |
| 280 | | 33 | 2/10/25 | | | Black and white bandana | 2/10/25 |
| 281 | | 33 | 2/10/25 | | | Duster | 2/10/25 |
| 282 | | 33 | 2/10/25 | | | Rolled black t-shirt | 2/10/25 |
| 285 | | 33 | 2/10/25 | | | 3 black t-shirts | 2/10/25 |
| 286 | | 33 | 2/10/25 | | | Binoculars | 2/10/25 |
| 288 | | 33 | 2/10/25 | | | Flashlight | 2/10/25 |
| 242A-P | | 33 | 2/10/25 | | | Photos of green Pontiac Grand Prix | 2/10/25 |
| 243 | | 33 | 2/10/25 | | | Phone | 2/10/25 |
| 244 | | 33 | 2/10/25 | | | Gray apple iPod | 2/10/25 |
| 245 | | 33 | 2/10/25 | | | Black ski mask | 2/10/25 |

EXHIBITS RETURNED TO COUNSEL      ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff      **Δ** = defendant      **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red      **ADMITTED** = use ✔ and  date      **Page 15    of    15**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 246 | | 33 | 2/10/25 | | | 3 black t-shirts | 2/10/25 |
| 247 | | 33 | 2/10/25 | | | Black mechanic gloves | 2/10/25 |
| 248 | | 33 | 2/10/25 | | | Black gloves | 2/10/25 |
| 249 | | 33 | 2/10/25 | | | 2 black skull caps | 2/10/25 |
| 250 | | 33 | 2/10/25 | | | Black bag with ammunition | 2/10/25 |
| 251 | | 33 | 2/10/25 | | | 5.7 mm magazine | 2/10/25 |
| 252 | | 33 | 2/10/25 | | | .45 caliber magazine | 2/10/25 |
| 253 | | 33 | 2/10/25 | | | 5.7mm magazine | 2/10/25 |
| 254 | | 33 | 2/10/25 | | | .45 caliber ammunition | 2/10/25 |
| 255 | | 33 | 2/10/25 | | | 2 Pro magazines | 2/10/25 |
| 256 | | 33 | 2/10/25 | | | .45 caliber magazine | 2/10/25 |
| 257 | | 33 | 2/10/25 | | | Speed loader | 2/10/25 |
| 258 | | 33 | 2/10/25 | | | Bottle break free sun oil | 2/10/25 |

EXHIBITS RETURNED TO COUNSEL      ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and  date    **Page 16** of 16

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 259 | | 33 | 2/10/25 | | | 1 Viridian container | 2/10/25 |
| 260 | | 33 | 2/10/25 | | | Shooting glasses | 2/10/25 |
| 106 | | 34 | 2/11/25 | | | Photo of bags of cocaine | 2/11/25 |
| 108 | | 34 | 2/11/25 | | | Stipulation of Facts: chemical analysis of cocaine | 2/11/25 |
| 107 | | 34 | 2/11/25 | | | Stipulation of Facts: chemical analysis of cocaine | 2/11/25 |
| 118 | | 34 | 2/11/25 | | | Photo of salvage yard | 2/11/25 |
| 119A-E | | 34 | 2/11/25 | | | Photos of semi-truck | 2/11/25 |
| 120A-B | | 34 | 2/11/25 | | | Photos of suitcase contents | 2/11/25 |
| 309 | | 35 | 2/11/25 | | | Cooperation Agreement of Antonio Washington | 2/11/25 |
| | D | 35 | 2/11/25 | | | Inmate Visitation Log | 2/11/25 |
| | E | 35 | 2/12/25 | | | | ??? |
| | F | 35 | 2/12/25 | | | | ??? |

EXHIBITS RETURNED TO COUNSEL      ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff      **Δ** = defendant      **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red      **ADMITTED** = use ✔ and  date      **Page 17  of  17**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No.  4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
|  | G | 35 | 2/12/25 |  |  | Maaco receipt | 2/12/25 |
|  | H | 35 | 2/12/25 |  |  |  | ??? |
|  | I | 35 | 2/12/25 |  |  | Indictment | ??? |
| 86A-B |  | 36 | 2/12/25 |  |  | Photos from Vincent Misher's phone | 2/12/25 |
| 306 |  | 37 | 2/12/25 |  |  | Search warrant for DNA of Anthony Jordan | ??? |
| 307 |  | 37 | 2/12/25 |  |  | Buccal swap | 2/12/25 |
| 139A-Y |  | 38 | 2/12/25 |  |  | Photos of 64 Brighton Place | 2/12/25 |
| 140 |  | 38 | 2/12/25 |  |  | Black .45 caliber handgun, magazine w/ 14 cartridges | 2/12/25 |
| 141 |  | 38 | 2/12/25 |  |  | Tan 5.7 handgun, magazine w/20 cartridges | 2/12/25 |
| 142 |  | 38 | 2/12/25 |  |  | Tan .45 caliber handgun, magazine w/ cartridges | 2/12/25 |
| 145A |  | 38 | 2/12/25 |  |  | Nokia phone | 2/12/25 |
| 145B |  | 38 | 2/12/25 |  |  | AT&T flip phone | 2/12/25 |

EXHIBITS RETURNED TO COUNSEL      ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff      **Δ** = defendant      **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red      **ADMITTED** = use ✔ and  date      **Page 18   of    18**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 145C | | 38 | 2/12/25 | | | Samsung flip phone | 2/12/25 |
| 145D | | 38 | 2/12/25 | | | Kyocera flip phone | 2/12/25 |
| 145E | | 38 | 2/12/25 | | | Verizon LG phone | 2/12/25 |
| 145G | | 38 | 2/12/25 | | | Black LG flip phone | 2/12/25 |
| 143 | | 38 | 2/12/25 | | | .25 caliber handgun and magazine | 2/12/25 |
| 144 | | 38 | 2/12/25 | | | P239 handgun, magazine and 7 cartridges | 2/12/25 |
| 84 | | 39 | 2/12/25 | | | Firearms report Re: Michail Gridiron | 2/12/25 |
| 19 | | 40 | 2/12/25 | | | Firearms report Re: Walter, Johnson, Burks | 2/12/25 |
| 29 | | 40 | 2/12/25 | | | Firearms report Re: Jones, Johnson | 2/12/25 |
| 49 | | 40 | 2/12/25 | | | Firearms report Re: Clark | 2/12/25 |
| 156A-CCC | | 41 | 2/13/25 | | | 4223 W. Sacramento search warrant photos | 2/13/25 |
| 93A-V | | 41 | 2/13/25 | | | 4223 W. Sacramento Firearm photos | 2/13/25 |

EXHIBITS RETURNED TO COUNSEL      ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff      **Δ** = defendant      **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red      **ADMITTED** = use ✔ and  date      **Page 19    of    19**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 187-192 | | 41 | 2/13/25 | | | Cell phones and micro card | 2/13/25 |
| 193 | | 41 | 2/13/25 | | | Cell phone | 2/13/25 |
| 196 | | 41 | 2/13/25 | | | Laser attachment and magazine loader | 2/13/25 |
| 197 | | 41 | 2/13/25 | | | Pieces of mail | 2/13/25 |
| 176 | | 41 | 2/13/25 | | | Magazine w/ 9 rounds of .45 ammunition | 2/13/25 |
| 178 | | 41 | 2/13/25 | | | Cell phone | 2/13/25 |
| 179A-C | | 41 | 2/13/25 | | | 3 empty magazines | 2/13/25 |
| 177 | | 41 | 2/13/25 | | | Human hair braids | 2/13/25 |
| 180 | | 41 | 2/13/25 | | | Black nylon bag | 2/13/25 |
| 182 | | 41 | 2/13/25 | | | Magazine w/ 7 380 caliber ammo | 2/13/25 |
| 183 | | 41 | 2/13/25 | | | 24 rounds of .380 Winchester ammo | 2/13/25 |
| 184A-C | | 41 | 2/13/25 | | | 2 gun cases, 1 holster | 2/13/25 |
| 185 | | 41 | 2/13/25 | | | 1 Sprint flip phone | 2/13/25 |

EXHIBITS RETURNED TO COUNSEL   ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff   **Δ** = defendant   **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red   **ADMITTED** = use ✔ and  date   **Page 20 of 20**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 186 | | 41 | 2/13/25 | | | Bug detector | 2/13/25 |
| 200 | | 41 | 2/13/25 | | | Various paperwork and mail | 2/13/25 |
| 200A | | 41 | 2/13/25 | | | Mail addressed to Anthony Jordan | 2/13/25 |
| 200B | | 41 | 2/13/25 | | | Business card for Guns & Knives | 2/13/25 |
| 200C | | 41 | 2/13/25 | | | Funeral Program for Michael Brooks | 2/13/25 |
| 200F | | 41 | 2/13/25 | | | SS Card | 2/13/25 |
| 200D | | 41 | 2/13/25 | | | Piece of paperwork | 2/13/25 |
| 200E | | 41 | 2/13/25 | | | Envelope | 2/13/25 |
| 200G | | 41 | 2/13/25 | | | Passport photo | 2/13/25 |
| 200H | | 41 | 2/13/25 | | | Envelope addressed to Winifred Jordan | 2/13/25 |
| 157 | | 41 | 2/13/25 | | | Pump action shotgun and ammunition | 2/13/25 |
| 158 | | 41 | 2/13/25 | | | .223 rifle and ammunition | 2/13/25 |
| 159 | | 41 | 2/13/25 | | | 7.62 rifle and ammunition | 2/13/25 |

EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1.  **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and  date     **Page 21     of     21**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 160 | | 41 | 2/13/25 | | | Glock firearm | 2/13/25 |
| 161 | | 41 | 2/13/25 | | | .45 caliber glock firearm | 2/13/25 |
| 162 | | 41 | 2/13/25 | | | .50 caliber glock firearm | 2/13/25 |
| 163 | | 41 | 2/13/25 | | | 10mm glock pistol, magazine | 2/13/25 |
| 164 | | 41 | 2/13/25 | | | 5.7 semi-auto firearm | 2/13/25 |
| 165 | | 41 | 2/13/25 | | | S&W revolver | 2/13/25 |
| 166 | | 41 | 2/13/25 | | | Assault rife | 2/13/25 |
| 167 | | 41 | 2/13/25 | | | 10mm glock pistol | 2/13/25 |
| 168 | | 41 | 2/13/25 | | | Springfield XD-90 9mm, magazine and ammunition | 2/13/25 |
| 172 | | 41 | 2/13/25 | | | 50 rounds Remington .40 caliber ammunition | 2/13/25 |
| 175 | | 41 | 2/13/25 | | | Springfield 9mm loaded magazine | 2/13/25 |
| 169 | | 41 | 2/13/25 | | | 4 magazine with ammunition | 2/13/25 |

EXHIBITS RETURNED TO COUNSEL      ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff      **Δ** = defendant      **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1.  **OBJ** = Objection  write " Obj" in red      **ADMITTED** = use ✔ and  date      **Page 22** of **22**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No.  4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 171 | | 41 | 2/13/25 | | | Bag of loose ammunition | 2/13/25 |
| 170 | | 41 | 2/13/25 | | | Black leather case containing handcuffs | 2/13/25 |
| 201 | | 41 | 2/13/25 | | | Photos from basement | 2/13/25 |
| 202 | | 41 | 2/13/25 | | | Gun case | 2/13/25 |
| 203 | | 41 | 2/13/25 | | | Gun case and holsters | 2/13/25 |
| 204 | | 41 | 2/13/25 | | | Brown gloves, soft gun case, oil wipes | 2/13/25 |
| 205 | | 41 | 2/13/25 | | | Gun cases and burst trigger | 2/13/25 |
| 206 | | 41 | 2/13/25 | | | Gun cases | 2/13/25 |
| 208 | | 41 | 2/13/25 | | | Ballistic vests | 2/13/25 |
| 210 | | 41 | 2/13/25 | | | Cell phones | 2/13/25 |
| 211 | | 41 | 2/13/25 | | | 3 cell phones | 2/13/25 |
| 212 | | 41 | 2/13/25 | | | HTC PG86100 EVO 3D | 2/13/25 |
| 173A-B | | 41 | 2/13/25 | | | Extended magazine and ammunition | 2/13/25 |

EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1.  **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and  date     **Page 23   of      23**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 174A-F | | 41 | 2/13/25 | | | Mail and paperwork in the name of Anthony Jordan | 2/13/25 |
| 213 | | 41 | 2/13/25 | | | Box of ammunition boxes | 2/13/25 |
| 216 | | 41 | 2/13/25 | | | Gas can | 2/13/25 |
| 94A-T | | 41 | 2/13/25 | | | Photos of Infiniti | 2/13/25 |
| 135 | | 41 | 2/13/25 | | | Shells casings recovered from Infiniti | 2/13/25 |
| 194 | | 41 | 2/13/25 | | | Cell phone | 2/13/25 |
| 195 | | 41 | 2/13/25 | | | 2 bullet check indicators | 2/13/25 |
| 198 | | 41 | 2/13/25 | | | Pair of brown gloves | 2/13/25 |
| 199 | | 41 | 2/13/25 | | | Photographs seized in basement | 2/13/25 |
| 304 | | 42 | 2/13/25 | | | Biological screening report 15-15740, #2 | 2/13/25 |
| 233B | | 42 | 2/13/25 | | | 2 pairs of brown gloves from garage | 2/13/25 |
| 305 | | 42 | 2/13/25 | | | Biological screening report 15-157-40, #8 | 2/13/25 |

EXHIBITS RETURNED TO COUNSEL      ☐ EXHIBITS RETAINED BY COURT
π = plaintiff      Δ = defendant      **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red      **ADMITTED** = use ✔ and  date      **Page 24  of  24**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 318 | | 42 | 2/13/25 | | | Chart of evidence that was processed | 2/13/25 |
| 89 | | 43 | 2/13/25 | | | Firearms report 13-10444, #2 (Anthony Anderson) | 2/13/25 |
| 68 | | 43 | 2/13/25 | | | Firearms report 13-10562, #1 Parker/Walker | 2/13/25 |
| 300 | | 43 | 2/13/25 | | | Firearms report for firearms seized at Brighton and Sacramento, lab 15-15740, #10 | 2/13/25 |
| 301 | | 43 | 2/13/25 | | | Firearms report for firearms seized at Brighton and Sacramento, lab 15-15740, #24 | 2/13/25 |
| 84A | | 44 | 2/18/25 | | | Firearms Report with notes | 2/18/25 |
| 308 | | 45 | 2/18/25 | | | DNA report, lab 15-15740, #27 | 2/18/25 |
| 313 | | 45 | 2/18/25 | | | DNA report, lab 15-15740, #28 | 2/18/25 |
| 40 | | 45 | 2/18/25 | | | DNA report, lab 15-15740, #3 | 2/18/25 |
| 41 | | 45 | 2/18/25 | | | DNA report, lab 15-15740, #11 | 2/18/25 |
| 51 | | 45 | 2/18/25 | | | DNA report, lab 15-15740, #12 | 2/18/25 |

EXHIBITS RETURNED TO COUNSEL        ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff      **Δ** = defendant      **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red      **ADMITTED** = use ✔ and  date      **Page**  25    of     25

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 73 | | 45 | 2/18/25 | | | DNA report, lab 15-15740, #26 | 2/18/25 |
| 314 | | 45 | 2/18/25 | | | DNA summary | 2/18/25 |
| 291 | | 46 | 2/18/25 | | | Affidavit of Gary Hopewell- Samsung Galaxy SIII T-Mobile in white and gray case, Model SGH-T999 (1B60 phone) | 2/18/25 |
| 292 | | 46 | 2/18/25 | | | Cellebrite report for Samsung Galaxy SIII TMobile in white and gray case, Model SGH-T999 (1B60) | 2/18/25 |
| 293C | | 46 | 2/18/25 | | | Excerpts from Cellebrite Report- SMS Messages Samsung Galaxy | 2/18/25 |
| 293B | | 46 | 2/18/25 | | | Texts and web searches recovered from Samsung Galaxy SIII T-Mobile in white and gray case, Model SGH-T999 (1B60) | 2/18/25 |
| 293A | | 46 | 2/18/25 | | | Images recovered from Samsung Galaxy SIII TMobile in white and gray case, Model SGH-T999 (1B60) | 2/18/25 |
| 293E | | 46 | 2/18/25 | | | Image cache screenshot of website St. Louis Weapons Collectors | 2/18/25 |
| 21 | | 47 | 2/18/25 | | | 902 certification for BOP records for Gregory Burrows and Inmate Center Report | 2/18/25 |
| 22 | | 47 | 2/18/25 | | | 902 certification for BOP records for Gregory Burrows and TRUFONE records | 2/18/25 |
| 311 | | 47 | 2/18/25 | | | 902 certification for PUR Performance records | 2/18/25 |
| 312 | | 47 | 2/18/25 | | | 902 certification for Maaco records | 2/18/25 |

EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff    **Δ** = defendant    **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and  date    **Page 26   of   26**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 99 | | 47 | 2/18/25 | | | 902 authentication- Rejis records | 2/18/25 |
| 99B | | 47 | 2/18/25 | | | Rejis records 2013 | 2/18/25 |
| 99C | | 47 | 2/18/25 | | | Rejis records 2014 | 2/18/25 |
| 97 | | 47 | 2/18/25 | | | 902 certification for jail calls between Ward and Thompson | 2/18/25 |
| 290 | | 47 | 2/18/25 | | | Search warrant for all electronics seized on 8-27-15 (including Samsung Galaxy SIII T-Mobile in white and gray case, Model SGH-T999 (1B60) | |
| 91 | | 47 | 2/20/25 | | | MDC Logs- money Tipton for Charles Thompson | 2/20/25 |
| | J | 47 | 2/20/25 | | | New article | 2/20/25 |
| | K | 47 | 2/20/25 | | | Certificate for cellphone relating to Mr. Jordans case | 2/20/25 |
| | L | 47 | 2/20/25 | | | Photo Extracted Sprint iPhone OS 5.1 | 2/20/25 |
| | M | 47 | 2/20/25 | | | Video Clip of Gloria Ward Interview | 2/20/25 |
| | N | 47 | 2/20/25 | | | 2015 Dante Jacobs searches | |
| 55I | | 47 | 2/20/25 | | | Discovery Letter | |

EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used     **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and  date     **Page 27   of   27**

# EXHIBIT LIST

## Style: USA v. Anthony Jordan
## Case No. 4:15-cr-00404-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| | O | 47 | 2/20/25 | **OBJ** | | Dispatch report from evening of the homicide | |
| | P | 49 | 2/20/25 | | | January and February 2014 Event Calendars | 2/20/25 |
| | Q | | 2/20/25 | | | Photo- previously admitted through Government exhibit | |
| | R | | 2/20/25 | | | Stipulation of facts | |
| | S | | 2/20/25 | | | Stipulation of facts | 2/20/25 |

EXHIBITS RETURNED TO COUNSEL        ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff        **Δ** = defendant        **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

1.  **OBJ** = Objection  write " Obj" in red        **ADMITTED** = use ✔ and  date        **Page 28**  of  **28**